IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

K STREET DEVELOPERS, LLC,

and

UNION NORTH PHASE I, LLC,

Plaintiffs,

v.

TEACHERS INSURANCE AND
ANNUITY ASSOCIATION OF
AMERICA,

and

TIAA UNION PLACE PHASE I, LLC,

and

TIAA-CREF GLOBAL
INVESTMENTS, LLC,

Defendants.

Case No. 1:12-cv-00666

## DECLARATION OF REBECCA WOODS

DISTRICT OF           )
COLUMBIA             )    ss.

     Rebecca Woods, being duly sworn, deposes and states as follows:

1.      My name is Rebecca Woods. I am a member of the Bar of the District of

Columbia (Bar Identification No. 468495) and partner in the law firm of Seyfarth Shaw

LLP, counsel to Defendants Teachers Insurance and Annuity Association of America,

TIAA Union Place Phase I, LLC and TIAA-CREF Global Investments, LLC in the

above-captioned action. I am of legal age and competent to testify as to the matters set

forth herein.

16137343v.1

2.      I submit this Declaration and Affidavit in support of Defendants' Motion for Summary Judgment.

3.      Annexed hereto as Exhibit 5 is a true and correct copy of the Amended Complaint (Dkt. No. 10).

4.      Annexed hereto as Exhibit 6  is a true and correct copy of the Second Amended Answer, without exhibits (Dkt No. 69).

5.      Annexed hereto as Exhibit 7 are true and correct copies of the portions of the deposition transcript from the deposition of Alan Cohen, dated May 1, 2013.

6.      Annexed hereto as Exhibit 8 are true and correct copies of the portions of the deposition transcript from the deposition of Ronald Cohen, dated May 14, 2013.

7.      Annexed hereto as Exhibit 9 is a true and correct copy of the Limited Liability Company Agreement of Union Place Phase I, LLC, dated January 31, 2007, marked as Exhibit D-1 during the deposition of Alan Cohen, dated May 1, 2013.

8.      Annexed hereto as Exhibit 10 is a true and correct copy of the Affidavit of Applicant, K Street Developers, LLC, in support of Request for Two-year Extensions of Time, dated August 25, 2010, sworn to under penalty of perjury by Ronald Cohen.

9.      Annexed hereto as Exhibit 11 is a true and correct copy of a letter from the Cohen Companies to TIAA Union, dated November 3, 2010, marked as Exhibit D-4 during the deposition of Alan Cohen, dated May 1, 2013, and authenticated by Ronald Cohen during his deposition, dated May 14, 2013.

10.     Annexed hereto as Exhibit 12 is a true and correct copy of an email from Evangeline Taylor to Alan Cohen, Ronald Cohen, Scott Anderson and William Harrison,

16137343v.1

dated December 1, 2010, marked as Exhibit D-7 during the deposition of Alan Cohen, dated May 1, 2013.

11.     Annexed hereto as Exhibit 13 is a true and correct copy of a string of emails, including an email between Evangeline Taylor and Alan Cohen, dated December 28, 2010, and an email between Evangeline Taylor, Ronald Cohen, Alan Cohen, Scott Anderson and William Harrison, dated January 3, 2011, marked as Exhibit 120 during the deposition of Ronald Cohen, dated May 14, 2013.

12.     Annexed hereto as Exhibit 14 is a true and correct copy of a letter from Scott Anderson of TIAA-CREF to Union North c/o The Cohen Companies, dated January 27, 2011, marked as Exhibit 121 during the deposition of Ronald Cohen, dated May 14, 2013.

13.     Annexed hereto as Exhibit 15 is a letter from the Cohen Companies, dated February 1, 2011 marked as Exhibit 122 and authenticated by Ronald Cohen at his deposition, dated May 14, 2013.

14.     Annexed hereto as Exhibit 16 is a true and correct copy of an email from Peter Witham to Gerald Casimir, dated March 22, 2011, marked as Exhibit 77 at the deposition of Peter Witham, dated May 9, 2013.

15.     Annexed hereto as Exhibit 17 are true and correct copies of the portions of the deposition transcript from the deposition of Peter Witham, dated May 9, 2013.

16.     Annexed hereto as Exhibit 18 is a true and correct copy of an email from Marc Debree to Alan Cohen, dated July 8, 2011, marked as Exhibit D-18 during the deposition of Alan Cohen, dated May 1, 2013.

16137343v.1

17.     Annexed hereto as Exhibit 19 is a true and correct copy of an email from Peter Witham to Ronald and Alan Cohen, dated July 27, 2011, marked as Exhibit D-19 during the deposition of Alan Cohen, dated May 1, 2013.

18.     Annexed hereto as Exhibit 20 is a true and correct copy of the Letter of Intent, dated August 2, 2011, marked as Exhibit D-20 at the deposition of Alan Cohen, dated May 1, 2013 and authenticated by Ronald Cohen at his own deposition, dated May 14, 2013.

19.     Annexed hereto as Exhibit 21 is an email from Marc Debree of TIAA to, among others, Alan Cohen, dated October 6, 2011, and attached draft Operating Agreement (*i.e.* the draft Phase II LLC Agreement) exchanged during the fall of 2011, marked as Exhibit D-29 during the deposition of Alan Cohen, dated May 1, 2013.

20.     Annexed hereto as Exhibit 22 is an email from Peter Witham to Michael Fisk, dated October 24, 2011, marked as Exhibit 32 at the deposition of Alan Cohen, dated May 1, 2013 and authenticated by Peter Witham at his deposition, dated May 9, 2013.

21.     Annexed hereto as Exhibit 23 is a true and correct copy of a letter from Michael Fisk of TIAA to Ronald Cohen, dated December 9, 2011, marked as Exhibit 127 at the deposition of Ronald, dated May 14, 2013.

22.     Annexed hereto as Exhibit 24 are true and correct copies of the portions of the deposition transcript from the deposition of Alex Diaz, dated May 3, 2013.

23.     Annexed hereto as Exhibit 25 is a true and correct copy of a letter from AGH to the Cohen Companies, dated June 15, 2010, marked as Exhibit D-42 at the deposition of Alex Diaz, dated May 3, 2013.

24.    Annexed hereto as Exhibit 26 is a true and correct copy of the CIP/Fixed Assets Roll-Forward and Additions Test, dated December 31, 2009, produced to TIAA by AGH.

25.    Annexed hereto as Exhibit 27 is a true and correct copy of the Schedule of 2009 tax refund and Government of District of Columbia Tax Taxpayer Record, produced to TIAA by AGH.

26.    Annexed hereto as Exhibit 28 is a true and correct copy of an email from Jeff Silver of AGH to Alex Diaz, dated May 12, 2010, marked as Exhibit D-38 at the deposition of Alex Diaz, dated May 3, 2013.

27.    Annexed hereto as Exhibit 29 is a true and correct copy of the LLC's 2009 financial statements, marked as Exhibit D-53 at the deposition of Christopher VonGuggenberg, dated May 3, 2013.

28.    Annexed hereto as Exhibit 30 are true and correct copies of the portions of the deposition transcript from the deposition of Christopher VonGuggenberg, dated May 3, 2013.

29.    Annexed hereto as Exhibit 31 is a true and correct copy of an email from Angel Morales of AGH to Christopher VonGuggenberg, dated March 15, 2011, marked as Exhibit D-40 at the deposition of Alex Diaz, dated May 3, 2013.

30.    Annexed hereto as Exhibit 32 is a true and correct copy of the 2010 Financial Statement, marked as Exhibit D-44 to the deposition of Alex Diaz, dated May 3, 2013.

31.    Annexed hereto as Exhibit 33 is a true and correct copy of a letter dated March 30, 2011, marked as Exhibit 133 at the deposition of Ronald Cohen, dated May 14, 2013.

32.    Annexed hereto as Exhibit 34 are true and correct copies of the Loree Grand's 2010 and  2011 budgets, produced to TIAA by AGH.

5

33.     Annexed hereto as Exhibit 35 is a true and correct copy of a letter, dated February 22, 2012, marked as Exhibit 111 at the deposition of Ronald Cohen, dated May 14, 2013.

34.     Annexed hereto as Exhibit 36 is a true and correct copy of a letter from Seyfarth Shaw LLP to Union North, dated March 9, 2012, produced to TIAA by Plaintiffs.

35.     Annexed hereto as Exhibit 37 is a true and correct copy of a letter from the Cohen Companies to Seyfarth Shaw LLP, dated March 12, 2012, produced to TIAA by Plaintiffs.

36.     Annexed hereto as Exhibit 38 are true and correct copies of the portions of the deposition transcript from the deposition of David Ottenbreit, dated August 1, 2013.

37.     Annexed hereto as Exhibit 39 is a true and correct copy of an email from Alex Diaz to Evangeline Taylor, dated February 7, 2012, produced to TIAA by Plaintiffs.

38.     Annexed hereto as Exhibit 40 is the 2011 Cash Account Schedule produced to TIAA by AGH.

39.     Annexed hereto as Exhibit 41 is a true and correct copy of an email from Alan Cohen to Evangeline Taylor, dated April 27, 2011, correspondence from Plaintiffs produced by TIAA.

40.     Annexed hereto as Exhibit 42 is a true and correct copy of an email from Alan Cohen to Evangeline Taylor, dated June 6, 2011, correspondence from Plaintiffs produced by TIAA.

41.     Annexed hereto as Exhibit 43 is a true and correct copy of 2011 Cash and Equity Accounts Ledger, produced to TIAA by AGH.

16137343v.1

42.     Annexed hereto as Exhibit 44 is a true and correct copy of the email from Angel Morales of AGH to Christopher VonGuggenberg, dated December 22, 2011, marked as Exhibit D-47 at the deposition of Christopher VonGuggenberg, dated May 3, 2013.

43.     Annexed hereto as Exhibit 45 is a true and correct copy of an email from Alex Diaz to Angel Morales of AGH, dated January 10, 2012, marked as Exhibit D-45 at the deposition of Alex Diaz, dated May 3, 2013.

44.     Annexed hereto as Exhibit 46 is a true and correct copy of an email from Christopher VonGuggenberg to Angel Morales of AGH, dated January 23, 2012, marked as Exhibit D-51 at the deposition of Christopher VonGuggenberg, dated May 3, 2013.

45.     Annexed hereto as Exhibit 47 is a true and correct copy of the Loan and Security Agreement, marked as Exhibit 110 during the deposition of Ronald Cohen, dated May 14, 2013.

46.     Annexed hereto as Exhibit 48 are true and correct copies of the portions of the deposition transcript from the deposition of Alan Breindel, dated May 16, 2013.

47.     Annexed hereto as Exhibit 49 is a true and correct copy of a letter from Seyfarth Shaw LLP to Union North, dated March 27, 2012, produced to TIAA by Plaintiffs.

48.     Annexed hereto as Exhibit 50 is a true and correct copy of a letter from TIAA Union Place to Union North, dated May 10, 2012, produced to TIAA by Plaintiffs.

49.     Annexed hereto as Exhibit 51 are true and correct copies of the portions of the hearing transcript from the hearing on the Motion to Dismiss, dated September 17, 2012.

Signed under the Pains & Penalties of Perjury this
18th day of September, 2013

_____

Rebecca Woods

SWORN AND SUBSCRIBED
before me this 18th day of September, 2013

_____
Notary Public

My Commission Expires: *October 31, 2017*

16137343v.1