# EXHIBIT 10

BEFORE THE DISTRICT OF COLUMBIA ZONING COMMISSION

ZONING COMMISSION CASE NO. 05-36A

AFFIDAVIT OF APPLICANT, K STREET DEVELOPERS, LLC,
IN SUPPORT OF REQUEST FOR TWO-YEAR EXTENSION OF TIME

I, Ronald J. Cohen, being duly sworn, depose and state as follows:

1. I serve as President of K Street Manager, Inc. ("Manager"), the manager of K Street Developers, LLC, owner of property in Square 749 that was approved as a multi-phase residential and retail planned unit development (PUD) by the Zoning Commission in Case No. 05-36 (consolidated approval for Phase I and first stage approval for Phase II) and in Case No. 05-36A (second stage approval for Phase II). Construction of Phase I, including 212 residential units, has been completed on schedule and under budget, with leasing of the residential units now under way. Phase II consists of 500 residential units and ground floor retail.

2. Pursuant to the terms of Zoning Commission Order No. 05-36A, application for a building permit for Phase II is required to be filed not later than November 14, 2010, with construction to begin not later than November 14, 2011. For the reasons set forth below, a two (2) year time extension is needed and requested to undertake Phase II of the approved PUD.

3. As President of the Manager, I have been responsible for: (i) the design, construction and entitlement issues; (ii) residential and financial market analysis; and (iii) securing financing for Phases I and II of the project. In that role, over the course of the past year, while construction of Phase I was reaching completion, we have engaged and met with a number of potential investors, both domestic and international, none of whom have yet committed to financially backing Phase II of the PUD. For this pool of approximately 10-12 potential capital partners, we have toured Phase I to provide a sense of the larger project, as well as shared relevant pro forma information on Phase II in terms of construction costs and leasing projections. We have informed these investors of the commitments included with the PUD, including the affordable housing requirement. We have made significant efforts to engage the financial and investment community including through the assistance of the NOMA Business Improvement District.

4. Despite these good faith attempts and our success in bringing Phase I on line under budget and in a timely fashion, we are being advised by potential investors that they remain hesitant to commit to Phase II (as well as other regional projects) given the recent volatility in financial markets. At the same time, we are encouraged by these investors when they note that the Metro-DC market is generally in much better shape than competing real estate markets and more likely to recover quickly.

ZONING COMMISSION
District of Columbia
CASE NO 05-36D
EXHIBIT NO 1B

5. The changes in economic conditions that have resulted in our inability to-date to secure project financing for Phase II, as recited above, are beyond our control and, because of those changes, we have been unable to secure financing for the approved project.

6. In our ongoing efforts to move forward with Phase II of the approved PUD, we are exploring with our project architects, GTM Architects, as well as our potential investors, the possibility of restructuring the phasing of Phase II of the PUD so as to allow it be constructed in two separate phases (each including approximately 250 residential units). The details of this proposed restructured phasing is detailed in a separate letter request to the Zoning Commission.

I solemnly affirm under the penalties of perjury that the contents of this Affidavit are true and correct to the best of my personal knowledge.

_____
Ronald J. Cohen

Sworn to and subscribed before me, this 25th day of August, 2010.

_____
Notary Public

exp. 10/28/13

# 9688016_v1