# EXHIBIT 11

Outlook E-mail

| | |
|---|---|
| **From:** | Michael Hollander |
| **Sent:** | 11/3/2010 11:19:01 AM |
| **To:** | Taylor, Evangeline |
| **cc:** | Anderson, Scott E.; Alan Cohen; Ronald Cohen |
| **Subject:** | Union Place Phase II |
| **Attachments** | Union Place Phase II Notice re Right of First Offer.pdf |

Dear Ms. Taylor:

Attached please find a Notice of our intent to begin development of Union Place Phase II. In accordance with the provisions of the Operating Agreement of Union Place Phase I, LLC, TIAA Union Place Phase I, LLC has a right of first offer with regard to this new development.

If you have any questions, please feel free to contact either myself or Ronald Cohen directly

As an aside, please note that this letter is addressed to your attention as per Scott Anderson's instructions to Ron Cohen, but also to the attention of Gerald Casimir, and copied to Harold Piazza and Harry St. Clair, in accordance with the notice requirements (Section 12.1) of the Operating Agreement. As these individuals are either no longer with TIAA-CREF and/or no longer associated with the project, it would be useful if a formal change notice, in accordance with the provisions of Section 12.1 be given, in order that unnecessary duplication of notices to the attention of those individuals can be prevented.

Thank you

*Michael Hollander*

**Michael P. Hollander, Esq., General Counsel**
**The Cohen Companies**
Ronald Cohen Management Company          ADC Builders, Inc.
2701 Tower Oaks Boulevard Suite 200
Rockville, Maryland 20852
 01) 692-1900          (301) 692-1940 (direct line)
(301) 692-1901 (fax)
mhollander@cohencompanies.com

The information in this email and in any attachments may contain confidential or privileged information intended solely for the attention and use of the named addressee(s). This information may be subject to legal, professional or other privilege or may otherwise be protected by work product immunity or other legal rules. It must not be disclosed to any person without my authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, please notify the sender by reply transmission and delete the message without copying it or disclosing its contents.



DEPOSITION
EXHIBIT
D - 4
Cohen 5.1.13

CONFIDENTIAL



November 3, 2010

VIA EMAIL plus copy via certified mail return receipt requested

TIAA Union Place Phase I, LLC
c/o TIAA-CREF
8500 Andrew Carnegie Blvd | 3rd Fl North
Charlotte, NC 28262
Attn: Evangeline Yvonne Taylor Director, Asset Management ( ytaylor@tiaa-cref.org )

TIAA Union Place Phase I, LLC
c/o Teachers Insurance and Annuity Association
New York, NY 10017
Attn: Gerald Casimir (gcasimir@tiaa-cref.org )

> Re:   Union Place Phase II

Gentlemen:

By this letter, delivered pursuant to the provisions of Sections 4.14 and 12.1 of that certain Limited Liability Company Agreement Of Union Place Phase I, LLC dated January 31, 2007, Union North Phase I, LLC does hereby give notice of its intention to undertake the development of Phase II at this time, as delayed development of the Phase II project could result in the loss of the NOMA Real Estate Tax Abatement currently in effect, and could cause us to lose the current residential market leasing momentum, which we have heard is expected to continue at least through the period of time it would take to complete the predevelopment (already in process), and go through the construction of, Phase II.

At this time, we wish to determine your interest in moving forward and exercising your Right of First Offer to joint venture the Phase II Project, in order to be able to take advantage of the residential market conditions and the NOMA Real Estate Tax Abatement program. The most current appraisal we have of Phase II, as of April, 2008, indicated an "as-is" market value of $50,730,000. Upon the timely exercise of your Right of First Offer to develop Phase II, we can begin the process of determining Market Value in accordance with the Arbitration Procedure as set forth in the Operating Agreement. Looking forward to hearing from you soon, we remain

Respectfully yours,

Union North Phase I, LLC, Operating Member

By: _____
Ronald J. Cohen, Manager

2701 Tower Oaks Boulevard · Suite 200 · Rockville, MD 20852
301.692.1900 voice · 301.692.1901 fax

CONFIDENTIAL

TIAA055393

TIAA Union Place Phase I, LLC
November 3, 2010
Page 2



cc:    Alan D. Cohen (via email)
        Michael P. Hollander, Esq. (via email)
        K Street Developers, LLC (via hand delivery)

cc:    each via certified mail, return receipt requested.

        TIAA Union Place Phase I, LLC
        c/o Teachers Insurance and Annuity Association
        New York, NY 10017
        Attn:  Harold D. Piazza, Esq.

        TIAA Union Place Phase I, LLC
        c/o Teachers Insurance and Annuity Association
        New York, NY 10017
        Attn:  Harry St. Clair

        Scott Anderson, Senior Director | Real Estate Asset Management
                TIAA-CREF  (via email scanderson@tiaa-cref.org )

CONFIDENTIAL

TIAA055394