# EXHIBIT 12

Outlook E-mail

**From:** Taylor, Evangeline
**Sent:** 12/1/2010 10:28:42 AM
**To:** 'Alan Cohen'
Ronald Cohen; Anderson, Scott E.; Harrison, William C
**Subject:** RE: UP 2A&B

Hi Alan:

We are very interested in moving forward and currently are reviewing your offering package. William Harrison of TIAA's Acquisition Team will be reaching out to you today to start discussions on Phase II and plans on making a trip to the area within the next two weeks. We are aware that the deadline for exercising our option will expire January 6, 2011 and will provide you with our answer on moving forward prior to this date.

I anticipate visiting Loree Grand next week Tuesday as I am in the area for the day.

Thanks

Evangeline Yvonne Taylor
Director | Asset Management
**TIAA-CREF | Financial Services for the Greater Good**

8500 Andrew Carnegie Blvd | 3rd Fl North
Charlotte, NC  28262
T: (704) 988-1917
F: (704) 988-4917
M: (704) 576-4485
ytaylor@tiaa-cref.org

---

**From:** Alan Cohen [mailto:acohen@cohencompanies.com]
**Sent:** Wednesday, December 01, 2010 10:11 AM
**To:** Taylor, Evangeline
  Ronald Cohen
**Subject:** UP 2A&B

Good Morning Evangeline,
I would appreciate an update on your thoughts on Union Place phases 2A and 2B. I have seized further discussions with 2 groups that want to JV the remaining units at Union Place. I have told the 2 groups that I have given you all an extension until the first of the year to decide if you wish to exercise your option, they were a bit disappointed. My father and I are ready to sit down with you and your group to discuss moving forward on 2A and 2B. If you feel that TIAA is not in the development mood please let me know.
Regards,
Alan D Cohen
ADC Builders Inc
2701 Tower Oaks Blvd
Suite 200
Rockville, Maryland 20852
V 301-692-4000
F 301-692-4001
acohen@cohencompanies.com
www.adcbuilders.com

CONFIDENTIAL


DEPOSITION EXHIBIT D-7
A.Cohen 5/1/13

TIAA006220