# EXHIBIT 13

**Alan Cohen**

| From: | Taylor, Evangeline <ytaylor@tiaa-cref.org> |
|---|---|
| Sent: | Monday, January 03, 2011 3:55 PM |
| To: | Ron Cohen; Alan Cohen |
| Cc: | Anderson, Scott E.; Harrison, William C |
| Subject: | RE: Extension of Response on ROFO |

Hi Ron:

     We are in agreement.

Thanks

Evangeline Yvonne Taylor
Director | Asset Management
**TIAA-CREF | Financial Services for the Greater Good**
8500 Andrew Carnegie Blvd | 3rd Fl North
Charlotte, NC  28262
T: (704) 988-1917
F: (704) 988-4917
M: (704) 576-4485
ytaylor@tiaa-cref.org

---

**From:** Ronald Cohen [mailto:Ron@cohencompanies.com]
**Sent:** Monday, January 03, 2011 3:11 PM
**To:** Taylor, Evangeline; Alan Cohen
**Cc:** Anderson, Scott E.; Harrison, William C
**Subject:** RE: Extension of Response on ROFO

Dear Evangeline,

After hanging up with you this afternoon, I was very frustrated.  As a result, I placed a call to Scott Anderson.  I explained to Scott exactly what Alan and I explained to you about the uncomfortable situation the continued extensions are putting us in, vis-à-vis, the other buyer.  I did reiterate to Scott as we did to you, we'd much prefer continuing what I believe is a wonderful working relationship with TIAA CREF and would prefer to partner with you, as always contemplated.

Scott indicated that with an extension through January 28, he feels comfortable that he can have all of the requisite underwriting to allow either an approval or disapproval of Phase II, including but not limited to the appraisal.  With that in mind (and our desire to continue working with you) we agree to granting the extension through close of business January 28.  In furtherance to my conversation with Scott, that extension of the closing date is granted in consideration of the agreement that TIAA CREF and Cohen will negotiate documents and be prepared to close on this transaction by February 14 (assuming your underwriting decision is to go forward).   At the conclusion of the January 28 date, please respectfully understand that in fear of losing the other buyer I cannot in good conscience grant any further extensions.

Very truly yours,
Ron

---

**From:** Taylor, Evangeline [mailto:ytaylor@tiaa-cref.org]
**Sent:** Monday, January 03, 2011 2:47 PM
**To:** Alan Cohen; Ronald Cohen

1



KST  008771

**Cc:** Anderson, Scott E.; Harrison, William C
**Subject:** FW: Extension of Response on ROFO

Hi Ron and Alan:

      Once again I am requesting the additional time 3 weeks in order to analyze the Union Place Phase II development.  As stated below we require the additional time due to key personnel being out of the office as well as the need to have an appraisal completed.

      Please let me know if you concur to the extension.

Thanks

**Evangeline Yvonne Taylor**
Director | Asset Management
**TIAA-CREF | Financial Services for the Greater Good**
8500 Andrew Carnegie Blvd | 3rd Fl North
Charlotte, NC  28262
T: (704) 988-1917
F: (704) 988-4917
M: (704) 576-4485
ytaylor@tiaa-cref.org

---

**From:** Taylor, Evangeline
**Sent:** Tuesday, December 28, 2010 3:29 PM
**To:** Alan Cohen (acohen@cohencompanies.com)
**Subject:** Extension of

Hi Alan:

      Season's Greetings!!!!

      I just wanted to follow up with you on the request to extent the response to the Right of First Offer.  The Acquisition's Team is preparing their analysis of Phase II, however, all key personnel that would approve this transaction are out of the office until the first week in January.  Therefore I am requesting an extension through January 28th this will give sufficient time for presenting as well as responding to any questions that may arise from Portfolio Managers.  Please do not receive this as a stalling tactic we are quite interested in the deal but want to put our best foot forward in presenting.

      Please let me know if you concur with this extension.  I will be out of the office for the remainder of the year but can be contacted via email.

Thanks

**Evangeline Yvonne Taylor**
Director | Asset Management
**TIAA-CREF | Financial Services for the Greater Good**
8500 Andrew Carnegie Blvd | 3rd Fl North
Charlotte, NC  28262
T: (704) 988-1917
F: (704) 988-4917
M: (704) 576-4485
ytaylor@tiaa-cref.org

---

********************************************************************************
*******************
This e-mail may contain confidential or privileged information.
If you are not the intended recipient, please notify the sender
immediately and then delete it.

KST 008772