# EXHIBIT 14



FINANCIAL SERVICES
FOR THE GREATER GOOD*

January 27, 2011

Union North Phase I, LLC
c/o Cohen Companies
2701 Tower Oaks Boulevard
Suite 200
Rockville MD  20852
Attn: Ronald J. Cohen, Manager

Re:   Union Place Phase II

Dear Mr. Cohen:

We are writing in response to your delivery of the November 3 letter wherein you initiated the terms of Section 4.14 of the Limited Liability Company Agreement of Union Place Phase I, LLC dated January 31, 2007 ("Operating Agreement"). In that letter you specifically informed us that Union North Phase I, LLC intended to undertake development of Phase II immediately. You cited the specific concern of losing the NOMA Real Estate Tax Abatement ("Abatement") currently in effect.

You graciously extended the time for our response given our need to understand better both the valuation of Phase II and related development issues. Unfortunately, based on the information we have received to date, we are unable to accept the offer to have you contribute Phase II to the Company. As such, and for the avoidance of doubt, we hereby elect not to cause you to have Phase II contributed to the Company under Section 4.14 of the Operating Agreement.

In furtherance of potential discussions, we desire to inform you of several concerns that have resulted in our response. As an institutional investor, it is not possible for us to exercise the ROFO given the uncertainties around Phase II, including the timing, cost and financing for the development of Phase II. It is not clear to us how the development can be undertaken such that the Abatement will be preserved and returns on investment to the respective parties can be determined, let alone achieved. Additionally, we have not seen let alone approved the second stage PUD review for Phase II to understand the parameters of development and potential development costs to figure into a proforma.

13089463v.1

EXHIBIT

KST 014108



Union North Phase I, LLC
January 27, 2011
Page 2

Since the current financing of Phase I precludes the Company from having Phase II contributed, as set forth in the SPE covenants (Section 15.2 of the Operating Agreement) there are also any number of uncertainties around the ownership structure of Phase II.

Even without the SPE covenant issue, the existing Operating Agreement, as you know, does not address the totality of issues that need to be addressed regarding future development, including the timing of capital contributions, construction and finance guarantees, treatment of hard cost savings, rates of return to Investor Member, lockout periods for sale, the interrelationship of Phase I and Phase II in a buy/sell, etc., and, ultimately, the business plan.

We are not suggesting a new deal has to be struck on all issues but there must be an understanding regarding these matters for us to move forward. Frankly, it would not be fair or prudent for the parties to proceed without having these issues addressed.

We are open to further discussions regarding a potential joint acquisition of Phase II at pricing and upon terms that make economic sense for both parties in the current market environment.

At the same time, we propose that the partners immediately commence consideration and documentation of the easements and other arrangements necessary to enable development of Phase II under diverse ownership.

We highly value our relationship with you and we are committed to the success of the Union North project.

Sincerely,

Scott E. Anderson