# EXHIBIT 15



COHEN COMPANIES

February 1, 2011

VIA EMAIL

TIAA-CREF
4675 Macarthur Court, 1100
Newport Beach, CA 92660
Atten: Scott Anderson

RE: UNION PLACE

Dear Scott:

Per our conversation yesterday, please find attached the revised concept terms upon which we would be prepared to proceed on Union Place Phase II. As discussed in our call yesterday, we are extremely happy with our current relationship with TIAA-CREF and want to explore every possibility in order to continue our success at the Project. We believe we are in an even better market going into Phase II than we were even in Phase I. The NOMA submarket has matured faster than anyone expected and as such we see Union Place as a unique opportunity to create and establish a major residential complex in this very exciting area of Washington D.C. We sincerely hope that we can agree on a structure that makes economic sense for the both of us.

During our telephone conversation, you had mentioned some of the underwriting that you had completed on the market. We would like to draw your attention to the following, which could assist with your analysis:

<u>Rental Rate Analysis at Union Place Phase I:</u>

Leasing at Union Place has gone much faster than in the original proforma. Since we delivered in mid-year 2010 there have been 141 units rented – 67% of the project. This is a phenomenal achievement and at this rate we will be stabilized within 12 months of delivering the building. I think you will agree that this is a testament to the success of the project. Currently, even with concessions, the average per square foot rent is $2.61 for market rate units. Once concessions burn off we expect to achieve an average market rate of $3.08 per square foot which is in line with newly constructed class A apartment product in Washington, DC. Including the ADU units we are still at a rate of $2.86 per square foot once concessions disappear.

---

2701 Tower Oaks Boulevard • Suite 200 • Rockville, MD  20852
301.692.1900 voice • 301-692-1901 fax



CONFIDENTIAL                                                                                                                                           TIAA006408

## Comparable Rental Rate Analysis:

You had mentioned that some of the comparable rentals you were using had come from the Columbia Heights area. While this certainly is an evolving area of town we do not feel that it is directly comparable with NOMA. In this respect, we have asked our leasing agent to prepare a letter giving their opinion of rental rate value together with supporting comparable evidence which we know is important to you when making your investment decisions. In our opinion, the most comparable residential rates are located at the following projects:

- Constitution Square
- Senate Square
- Mass Court
- Meridian at Gallery Place

In addition, a number of projects have or are about to break ground in the immediate vicinity. These include; The Alexan, NOMA which is located in an inferior location north of New York Avenue adjacent to the railroad tracks. This project, which is sponsored by Trammel Crow Residential and backed by equity from Berkshire, has a rental proforma of $2.72 PSF for 1 bedroom units and $2.68 PSF for 1 bedroom plus den units. As mentioned, we believe this to be a totally inferior location and product type to Union Place. Other projects that are slated to break ground shortly are – Archstone Smith at 1st & M Street, NE and Camden USA's project at 60 L Street, NE.

## Construction Financing:

Conventional financing for residential construction has returned to normal in Washington, DC. Commercial banks and Life Companies are the most aggressive in the market today and as such we believe our proforma is conservative on interest rate. Rates on a 70% LTC construction loan for well-located projects have gone as low as 225 over LIBOR without floors and minimal recourse. Although everyone expects LIBOR rates to trend upwards we believe we can do a rate swap to lock the rate today around 6%. Our proforma includes a 7% rate, which would obviously help our numbers and ultimate return.

In conclusion, we are happy to sit down with you and your team at anytime to discuss our proposal and want to continue the success of Union Place as partners going forward.

Please do not hesitate to contact me should you have any questions or concerns.

Sincerely,

Ronald J. Cohen
President

CONFIDENTIAL                                                                                                               TIAA006409

<u>Union Place Phase II - 200 K Street, N.E., Washington, D.C.</u>

<u>Concept Terms</u>

| | |
|---|---|
| Contributed Land Price: | $43,500,000 |
| Initial Funding: | $35,000,000 |
| Capital Account: | At closing, a capital account in favor of Cohen Companies will be created in the amount of $4,150,000 ($43,500,000 less initial funding of $35,000,000 = $8,500,000 less $4,350,000 Cohen Companies 10% contribution to the venture). |

The above capital account will be subordinate to TIAA-CREF equity until such time as either of the following thresholds is achieved:

1) The average rental rate for the project achieves $2.85 per square foot.
2) TIAA-CREF achieves an IRR of 14.5% on its equity.

Upon achieving either of the above milestones the Cohen Companies capital account will be triggered and the ownership percentages of the venture will be re-adjusted as if each partner contributed the following amounts:

TIAA-CREF:         $35,000,000 (80.46%)
Cohen Companies:   $8,500,000  (19.54%)

| | |
|---|---|
| Capital Structure: | Leverage 65% or greater<br>Equity 35%<br><br>TIAA          90%<br>Cohen Equity  10% |
| Closing: | At closing, Cohen Companies will provide a budget that will provide for hard and soft costs ("Project Budget"). Cohen will develop and construct the Project based upon the Project Budget and will be responsible for any overruns in excess of the Project Budget, with the exception of interest rate fluctuations. |

CONFIDENTIAL                                                                                                    TIAA006410

| | |
|---|---|
| Closing Costs: | The venture will bear all third-party costs of closing the transaction, except for the costs associated with negotiating the joint venture documents. All broker and agents fees will be paid by the venture. |
| Construction Financing: | Cohen shall provide to the Construction Lender any required construction completion/cost overrun guaranties. |
| Development Fee: | The venture will enter into a development management agreement with Cohen for a fee of 3% of project costs (excluding land, financing costs, interest and contingency). |
| Control: | Cohen will serve as the managing member of the venture and will have day to day responsibility for the development. Major decisions will require the approval of both Members. |
| Buy/Sell: | There will be a five-year lock-out period after closing, unless both parties mutually agree otherwise. After the lock-out period, each member shall have the right to initiate a buy-sell and to force the sale of the Property, subject to a right of first offer to the other member at a firm price. Once initiated the member considering the right of first offer shall have 120 days to respond and if affirmative shall have 60 days to close. |
| Distributions: | Net Cashflow shall be distributed as follows:<br><br>1) 100% to re-pay any third party mortgages<br>2) 100% to re-pay any partner loans<br>3) Pro-rata until TIAA achieves a 14.5% internal rate of return ("IRR") on its capital account.<br>4) Thereafter 50% to Cohen and 50% to TIAA. |

CONFIDENTIAL