# EXHIBIT 16

Outlook E-mail

**From:** Peter Witham
**Sent:** 3/22/2011 12:43:43 PM
**To:** Casimir, Gerald
**Subject:** Union Place
**Attachments** Union Place Phase II - Concept Terms.pdf

Gerry,
Per our conversation last week and my subsequent voicemail I am attaching a concept term sheet I think could work for both parties. Please review and let's discuss.

Regards,
Peter

Peter L. Witham
Director
The Greenwich Group International, LLC
1700 North Moore Street, Suite 1805
Arlington, VA 22209

703 525 8300 (T)
703 525 8303 (F)
301 404 5975 (C)

www.greenwichgrp.com

EXHIBIT 77

CONFIDENTIAL                                              TIAA028561

## Concept Joint Venture Terms
## For the Development of Union Place Phase II

Upon closing of the joint venture Cohen Companies will contribute the following assets free and clear of any debt obligations or liens.

<u>Assets to be contributed to new Joint Venture:</u>

<u>Land</u>
Contributed Land Price at Closing:   612,433 SF FAR @ $57.15/FAR    $35,000,000

Capital Structure:    TIAA-CREF         90%   $31,500,000
                      Cohen Companies   10%   $ 3,500,000

In return for contributing the land at the above price the new joint venture will create an additional deferred capital account for Cohen Companies which will be equal to $8,000,000. Such capital account will be subordinate to the initial capital contributions above and will <u>ONLY</u> be returned to Cohen Companies after TIAA-CREF achieving an internal rate of return ("IRR") on its capital account of 18.00%. However, both parties agree that they will actively pursue "an IRR event" in the form of a refinance or sale of the property within a reasonable period of time after the project delivers and is at or nearing stabilization.

Distributions:   Net Cashflow shall be distributed as follows:

1) 100% to re-pay any third party mortgages
2) Pro-rata until TIAA-CREF achieves a 14.50% IRR on its capital account.
3) Thereafter 50% to Cohen Companies and 50% to TIAA-CREF.
4) Once TIAA-CREF achieves an 18.00% IRR on its capital account Cohen Companies shall receive its deferred capital account plus accrued interest at 14.50%.
5) Thereafter 50% to Cohen Companies and 50% to TIAA-CREF.

Closing:   At closing, Cohen Companies will provide a budget that will provide for hard and soft costs ("Project Budget"). Cohen will develop and construct the Project based upon the Project Budget and will be responsible for any overruns in excess of the Project Budget, with the exception of interest rate fluctuations.

CONFIDENTIAL

| | |
|---|---|
| Closing Costs: | The venture will bear all third-party costs of closing the transaction, except for the costs associated with negotiating the joint venture documents. All broker and agents fees will be paid by the venture. |
| Construction Financing: | Cohen shall provide to the Construction Lender any required construction completion/cost overrun guaranties. |
| Development Fee: | The venture will enter into a development management agreement with Cohen for a fee of 3% of project costs (excluding land, financing costs, interest and contingency). |
| Control: | Cohen will serve as the managing member of the venture and will have day to day responsibility for the development. Major decisions will require the approval of both Members. |
| Buy/Sell: | There will be a lock-out period between closing and substantial completion. After the lock-out period, each member shall have the right to initiate a buy-sell and to force the sale of the Property, subject to a right of first offer to the other member at a firm price. Once initiated the member considering the right of first offer shall have 120 days to respond and if affirmative shall have 60 days to close. |

CONFIDENTIAL

TIAA028563