# EXHIBIT 17

```
                                                                    1

 1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
 2


 3


 4    _____
      K STREET DEVELOPERS,    :
 5    LLC, et al.,            :
                              :
 6              Plaintiffs,   :
                              :
 7     vs.                    : Civil Action No.
                              : 1:12-cv-00666-RLW
 8    TEACHERS INSURANCE      :
      AND ANNUITY ASSOCIATION :
 9    OF AMERICA, et al.,     :
                              :
10              Defendants.   :
      _____:
11


12


13


14         The Deposition of PETER WITHAM was

15    taken on Thursday, May 9, 2013, commencing at

16    1:14 p.m., at the Law Offices of Seyfarth

17    Shaw, LLP, 975 F Street, NW, Washington,

18    D.C., before Ryan K. Black, Notary Public,

19    Registered Professional Reporter.

20


21


22


23


24    VERITEXT NATIONAL COURT REPORTING COMPANY

25           WASHINGTON, D.C.   20036
```

```
                                                               98
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23         A.   Yes.
24              (Exhibit No. 77, an e-mail from
25    Peter Witham to Gerry Casimir, dated March
```

1  22, 2011, was marked.)

2  BY MS. WOODS:

3       Q.   Okay.  Okay.  Exhibit 77.  See

4  we're trucking right through these.

5       A.   I wish I'd had lunch before I came

6  here.

7       Q.   Oh, you didn't eat?

8            I wish I had food on me.  I think I

9  have a granola upstairs.

10      A.   No.  That's okay.

11      Q.   Okay.  This is a cover e-mail from

12  you to Gerry Casimir dated March 22nd, 2011.

13           You say, Gerry, per our

14  conversation last week and my subsequent

15  Voicemail, I am attaching a concept term

16  sheet I think would work for both parties.

17  And attached is a concept term sheet.

18           Now, consistent with what you

19  had already stated, would you have sent this

20  concept term sheet to Teachers without first

21  running it by either of the Cohens?

22      A.   No.

23      Q.   All right.  So we can be assured

24  that the Cohens would have reviewed this

25  before you sent it to Teachers, right?

100

1        MR. COOTER:  Those are different
2   concepts.  You said he sent it.
3   BY MS. WOODS:
4       Q.   Well, then my question to you
5   will be, can I be assured that one of the
6   Cohens would have seen this concept joint
7   venture terms sheet before you sent it to
8   Teachers?
9       A.   Yes.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

187

15    Q.   Okay.  All right.  So let's go
16 ahead.  So this was previously marked as
17 Exhibit 32.  This is from you to Mike Fisk,
18 copying Trevor Michael and Gerry Casimir,
19 dated October 24th, 2011.  All right?
20         In this memo, second paragraph,
21 first page, you say, as background, you
22 are aware that at the time Cohen Companies
23 entered into the joint venture with TIAA CREF
24 for Union Place Phase 1, they were also
25 developing the Velocity.

188

1    So the Velocity was being developed
2  around, what, 2007-ish, --
3       A.   Yeah.
4       Q.   -- 2008?
5       A.   Yep.

218

1       C E R T I F I C A T E

2

3       I do hereby certify that I am a Notary

4   Public in good standing, that the aforesaid

5   testimony was taken before me, pursuant to

6   notice, at the time and place indicated; that

7   said deponent was by me duly sworn to tell

8   the truth, the whole truth, and nothing but

9   the truth; that the testimony of said

10  deponent was correctly recorded in machine

11  shorthand by me and thereafter transcribed

12  under my supervision with computer-aided

13  transcription; that the deposition is a true

14  and correct record of the testimony given by

15  the witness; and that I am neither of counsel

16  nor kin to any party in said action, nor

17  interested in the outcome thereof.

18

19       WITNESS my hand and official seal this

20  _____ day of \_\_\_\_\_, 2013.

21

22

                            _____
23                                Notary Public

24

25

Witham, Peter 5-09-13