# EXHIBIT 19

**Alan Cohen**

---

**From:** Peter Witham <peter.witham@greenwichgrp.com>
**Sent:** Wednesday, July 27, 2011 11:12 AM
**To:** Ron Cohen; Alan Cohen
**Subject:** Union Place Phase II - LOI
**Attachments:** LG2_TIAA_LOI_072711_Redline.doc; LG2_TIAA_LOI_072711_Clean.doc

Ron/Alan,
Please find attached the revised LOI to reflect a 5% variance on hard costs. I have included this provision in the Exhibit A under Detailed Development Cost Budget. If this is acceptable to you please execute and return and I will get TIAA-CREF to do the same.

Alan – we probably need to discuss the "detailed timeline" and "cost allocation request" at some point today or whenever you are available. I'll send you what I think they need and we can fill in the blanks. I am requesting further clarification on their "allocation" request above.

Regards,
Peter

Peter L. Witham
Director
The Greenwich Group International, LLC
1700 North Moore Street, Suite 1805
Arlington, VA 22209

703 525 8300 (T)
703 525 8303 (F)
301 404 5975 (C)

www.greenwichgrp.com



**William C. Harrison**
**U.S. Acquisitions**
**Tel: 704.988.4886**
**8500 Andrew Carnegie Blvd., 3rd Floor**
**Charlotte, NC 28262**
**wharrison@tiaa-cref.org**

**TIAA-CREF Global Investments LLC**
c/o Teachers Insurance and Annuity Association of America
730 Third Avenue
New York, New York 10017

Cohen Companies
2701 Tower Oaks Boulevard
Suite 200
Rockville MD 20852
Attn: Ronald J. Cohen

Re: Union Place Phase II

Dear Mr. Cohen:

This letter serves as a letter of intent and sets forth the terms in principle upon which the undersigned, TIAA-CREF Global Investments LLC, a Delaware limited liability company, having an address c/o Teachers Insurance and Annuity Association of America, 730 Third Avenue, New York, New York 10017 or its designee ("TIAA"), would be willing to consider acquisition of a ninety percent (90%) interest in a joint venture with Cohen Companies ("Cohen") who would retain a ten percent (10%) membership interest (the "Joint Venture") involving the real property commonly known as Union Place Phase II and consisting of approximately 525 apartment units, 20,000 square feet of retail space, and associated parking structures to be developed (the "Property"). The terms of the Joint Venture are more specifically set forth on **Exhibit B**, attached hereto.

If the terms and conditions set forth in this letter of intent are acceptable to Cohen, please confirm such by dating and executing this letter and returning same by electronic mail to William C. Harrison, (wharrison@tiaa-cref.org) and original by express mail to William C. Harrison at the following address: c/o Teachers Insurance and Annuity Association of America, 8500 Andrew Carnegie Blvd., 3rd Floor, Charlotte, NC 28262.

**Purchaser:** TIAA.

**Equity Capitalization:** 90% TIAA; 10% Cohen

**Assets to be contributed to new Joint Venture:** Land, approved contracts, plans, approvals

**Contributed Land Price at Closing:** $30,000,000

**Capital Structure:** TIAA 90% $27,000,000
Cohen 10% $ 3,000,000

**Closing Date:** A 30 day due diligence period commencing upon full execution of this letter of intent and delivery of all materials set forth in Exhibit A. Closing will occur within 30 days of the end of due diligence.

**Costs:** The Joint Venture will bear all third-party costs of closing the transaction, except for: (i) the costs associated with negotiating the Joint Venture documents; and except(ii) that Cohen will pay 50% of the DC recordation and transfer taxes imposed in connection with the conveyance of the Land to the Joint Venture. and TIAA will pay the other 50%. Each party will pay for its own legal costs associated with negotiating the Joint Venture documents. There will be no broker or agents fees paid in connection with the formation of the Joint Venture or if there are any, Cohen will pay such fees.

**Non-Binding Nature Of Letter of Intent:** It is expressly agreed by Cohen and TIAA that this letter of intent is non-binding on Cohen and TIAA, and Cohen and TIAA will have no obligation to purchase, sell or form a venture with respect to the Property prior to the execution and delivery by Cohen and TIAA of a written operating agreement (the "Operating Agreement"). Cohen acknowledges and agrees that the terms and conditions of this letter of intent remain subject to review and approval by TIAA's required authorization procedures, and further inspection of the Property by representatives of TIAA.

**Exclusivity:** By signing this letter of intent below, Cohen agrees to act in good faith to negotiate with TIAA a mutually acceptable Operating Agreement and will not initiate, solicit, continue or respond to any offers or negotiations for the sale or a venture of the Property to any person or entity other than TIAA during the period from the execution date hereof for sixty (60) days.

**Broker:** Brokerage fees for lease-up are to be borne by the Venture and are to be part of the project costs. TIAA, as an entity, shall bear no liability with respect to any brokerage costs for this transaction.

**Construction Financing:** The Venture will obtain a construction loan commitment letter in form and substance satisfactory to TIAA. In the event construction financing is not obtained within 120 days after the close of the Venture, TIAA can convert its equity to a lien position against the Cohen's equity in Phase I of Union Place and this Phase II.

**Condition Precedent:** As conditions to closing, TIAA must review and approve the material set forth on Exhibit A hereto and agree to the plan for the development of the Property.

| | |
|---|---|
| **Indemnification:** | Cohen and Ronald Cohen will provide similar indemnities and guaranties to TIAA with respect to the construction of Union Place Phase II as they provided in the Union Place Phase I operating agreement. ADC Builders will deliver a guaranteed maximum price construction contract. |
| **Recourse:** | Cohen and Ronald Cohen shall provide to construction lender any required payment recourse, carve-out guaranties and construction/ completion cost overrun guaranties. |
| **Venture:** | Generally, the terms of the Operating Agreement will follow the terms of the Union Place Phase I operating agreement other than the terms set forth in **Exhibit B**. |
| **Phase:** | Union Place Phase I operating agreement to be amended to reflect similar provisions as set forth in the Operating Agreement. In particular, TIAA shall have the right to replace Cohen as managing member of that venture. |
| **Confidentiality:** | Cohen and TIAA agree not to release any information regarding this transaction to the press, the real estate brokerage community or any party that is not relevant to the closing of this transaction. |

Upon Cohen's acceptance of this letter of intent, Cohen shall provide TIAA with the items set forth in **Exhibit A** hereto for the Property, and TIAA will begin its due diligence in the exercise of its normal discretion and fiduciary duties.

We look forward to concluding this transaction with you.

Sincerely,

TIAA-CREF Global Investments LLC,
a Delaware limited liability company

By:______________________
William C. Harrison

**Accepted and Agreed to this ______ day of July, 2011**

By:______________________

Title:______________________

**Exhibit A**

Access and Information Required from Cohen

1. Copies of all contracts, arrangements and all other obligations affecting the Property, including amendments and modifications thereto.

2. A current survey with legal description showing locations of all improvements and easements.

3. Current tax bills and copies of all paperwork relating to the recent tax reassessment.

4. Copies of all title policies, reports and filings including full copies of all exceptions.

5. All studies and reports, including environmental and boring reports regarding the physical condition of the Property.

6. A copy of the building's Natural Hazard Disclosure Act.

7. Provide all documents associated with the development piece (approvals, entitlements, final zoning orders, etc.).

Copies of 3 years of financial statements and partial year 2011 statements for the Cohen Companies, Ronald Cohen, Alan Cohen and ADC Builders.
8.

Formatted: Bullets and Numbering

CONFIDENTIAL 

9. ~~8.~~ The following specific items for the Phase II development:

- Development Timeline
- Component Cost Allocation
- A&E Design Drawings (All grades/floors)
- Site Plan
- Detailed Development Cost Budget (subject to a 5%+/- variance on hard costs)
- Detailed Development Cost Allocation
- Unit Mix by Floor
- Programming of Retail / Day Care Suites
- Site & Pre-development Due Diligence

Phase I Environmental Report
Zoning Reports, Documents & Pertinent Information
Title

Survey
Contracts, Agreements, Property to be assumed by Venture
Documentation of Approvals, Permits, etc
List of any pending or existing litigation
Loree Grand Phase I & II Agreements: Reciprocal Easement Agreement(s), Declaration of Covenants and Restrictions, Cost Sharing Allocation

**Exhibit B**

Summary of Proposed Joint Venture Terms

| | |
|---|---|
| **Members:** | Subsidiary of TIAA (TIAA ownership not less than 30%, and TIAA control of day to day operations, subject to customary major decisions) |
| **Managing Member ("MM"):** | Cohen |
| **TIAA Ownership Share:** | 90% |
| **Cohen Ownership Share:** | 10% |
| **Asset:** | Union Place Phase II, Washington, DC |
| **Capital Contribution:** | 90% TIAA; 10% Cohen. Capital calls issued by Managing Member ("MM") who initially shall be Cohen, but must be approved by TIAA. TIAA may force MM to make capital calls. Standard dilution provisions, with initial default loan provision if Member does not fund capital call. |
| **Net Cash Flow Distributions:** | 100% to re-pay any third party mortgages;<br>Pro-rata until TIAA achieves a 14.50% IRR on its capital account;<br>Thereafter 50% to Cohen and 50% to TIAA~~, subject to a "claw-back" on final liquidation;~~ |
| **Day-to-Day Management:** | Cohen to run day-to-day operations on behalf of Members subject to an approved business plan and annual budget to stabilization and thereafter TIAA may assume the role of MM or cause the Joint Venture to engage a manager. Management shall include maintenance of books and records of the Joint Venture and the Property as well as preparation of the business plan and annual budget. |
| **Major Decisions:** | Major decisions as set forth in the Union Place Phase I operating agreement. |
| **Leverage:** | Not to exceed 65%. |
| **Development Agreement:** | The Joint Venture will enter into a development agreement with Cohen for a fee of 3% of hard costs. |

**Key Man Provisions:** In the event that Ronald Cohen and/or Alan Cohen become unable or unwilling to be substantially involved in the day-to-day management of the Property, TIAA shall have the right to replace Cohen as MM and development manager.

**Transfers:** Prohibited with the exception of related entities.

**Buy/Sell Rights:** Typical Buy/Sell. Offer notice is issued and other party has 30 days to respond.

**Lockout:** There will be a lock-out on the Buy/Sell rights for the period commencing from the execution of the Agreement and ending on the earlier of (x) 36 months from the date of the Agreement and (y) the date the Property has been 90% leased and occupied. After the lock-out period, each member shall have the right to initiate a buy-sell and to force the sale of the Property, subject to a right of first offer to the other member at a firm price. Once initiated the member considering the right of first offer shall have 120 days to elect to sell or purchase the interests of the initiating member, and if affirmative shall have 60 days to close.

**Marketing Right / Sale of Property/ROFO:** TIAA to have a unilateral right to market the Property for sale. After Lockout, either member may require that the Property be marketed for 30 day exclusivity period for negotiation of a sale price. If no resolution, selling member to give other member stated price (within 15 days after exclusivity period) 25 days to respond.

~~Document comparison done by DeltaView on Thursday, July 14, 2011 8 55 23 AM~~

| ~~Input:~~ | |
|---|---|
| ~~Document 1~~ | ~~interwovenSite //CHAPDAPPLAW01/MREL_Transactions/145533/1~~ |
| ~~Document 2~~ | ~~interwovenSite //CHAPDAPPLAW01/MREL_Transactions/145533/2~~ |
| ~~Rendering set~~ | ~~Standard~~ |

| ~~Legend:~~ | |
|---|---|
| ~~Insertion~~ | |
| ~~Deletion~~ | |
| ~~Moved from~~ | |
| ~~Moved to~~ | |
| ~~Style change~~ | |
| ~~Format change~~ | |
| ~~Moved deletion~~ | |
| ~~Inserted cell~~ | |
| ~~Deleted cell~~ | |
| ~~Moved cell~~ | |
| ~~Split/Merged cell~~ | |
| ~~Padding cell~~ | |

| ~~Statistics:~~ | |
|---|---|
| | ~~Count~~ |
| ~~Insertions~~ | ~~9~~ |
| ~~Deletions~~ | ~~2~~ |
| ~~Moved from~~ | ~~0~~ |
| ~~Moved to~~ | ~~0~~ |
| ~~Style change~~ | ~~0~~ |
| ~~Format changed~~ | ~~0~~ |
| ~~Total changes~~ | ~~11~~ |