# EXHIBIT 22

Outlook E-mail

**From:** Peter Witham
**Sent:** 10/24/2011 2:50:40 PM
**:** Fisk, Michael
**::** Michael, Trevor; Casimir, Gerald
**Subject:** Union Place Phase II
**Attachments** Cohen Companies - Memorandum.doc

Mike,

Per our conversation last week, please find attached a confidential memorandum that outlines the current situation and potential opportunity that we discussed.

Please feel free to contact me should you have any questions.

Regards,
Peter

Peter L. Witham
Director
The Greenwich Group International, LLC
1700 North Moore Street, Suite 1805
Arlington, VA 22209

703 525 8300 (T)
703 525 8303 (F)
301 404 5975 (C)

vw.greenwichgrp.com



DEPOSITION
EXHIBIT
D·32
A. Cohen 5-1-5

CONFIDENTIAL

TIAA037724



# THE GREENWICH GROUP
### I N T E R N A T I O N A L   L L C.
#### REAL ESTATE MARKETING & INVESTMENT BANKING

1700 North Moore Street  Suite 1805  Arlington, Virginia 22209
Telephone (703) 525-8300   Facsimile (703) 525-8303

Date:   October 24, 2011

To:   Michael Fisk – PRIVATE & CONFIDENTIAL

C.c.   Trevor Michael, Gerry Casimir

From:   Peter Witham, Greenwich Group

Re:   Cohen Companies - Union Place Phase II

Michael:

Per our conversation last week, I am writing to summarize the current situation with respect to Union Place as well as provide you with an overview of the wider picture as it relates to the Cohen Companies, their other development projects in Washington, DC and the potential investment opportunities that may exist.

As background, you are aware that at the time Cohen Companies entered into the joint venture with TIAA-CREF for Union Place Phase I they were also developing The Velocity - http://www.velocitycapitol.com/home.htm.  This project is located at 76 L Street, SE (excluded from the development restriction contained within the joint venture operating agreement).  This fully entitled project is also an entire city block and is situated very close to the Washington Nationals Baseball Stadium.  The first phase is built and contains 200 condominium units of which 116 are now sold.  Phase II & III will contain a total of 578 residential rental units.  The Phase II underground parking structure is already constructed and as such the site is "pad ready" for development.

As a result of the financial crash of 2007/2008 the construction loan for the Velocity project was significantly scaled back which resulted in a gap in funding which initially the Cohen Companies paid out of pocket to keep construction on time.  The resulting funding gap left the developer with no choice but to seek alternative debt which was achieved through a mezzanine loan at an interest rate of 20%.

The Velocity project is cross collateralized with Union Place Phase II and as such the Cohen Companies cannot move forward without satisfying these commitments and releasing the collateral.   Up to this past week a transaction had been agreed to

CONFIDENTIAL

recapitalize the Velocity project with new equity and an inventory loan on the remaining condo units. Unfortunately, the investor has elected not to proceed for reasons outside of our control. Below is the agreed recapitalization:

**Current Balance:**

| | | |
|---|---|---|
| First Lien Construction Loan | Current Balance: | $18,000,000 |
| Mezzanine Loan | Current Balance: | $75,000,000 |
| Total Balance: | | $93,000,000 |

**Agreed Buy Out:**

| | | |
|---|---|---|
| First Lien Construction Loan | Pay off: | $18,000,000 |
| Mezzanine Loan | Pay off: | $54,000,000 |
| Total Balance: | | $72,000,000 |

**Value of Assets:**

| | |
|---|---|
| Unsold Condo Inventory (89,000 SF @ $450 PSF): | $40,050,000 |
| Phase II Underground Garage: | $ 8,000,000 |
| Phase II & III Land (578 Units – 522,117 SF) | $35,000,000 |
| Total Value: | $83,050,000 |

As a result of the equity investor electing not to proceed, the Cohen Companies are short of funds to execute the recapitalization and therefore the release of the Phase II land at Union Place.

The Cohen Companies are now considering divesting of its interest in Velocity entirely and has offers in hand from locally based developers to purchase the development site(s). This option will be initiated if a joint venture partner is not identified. If TIAA-CREF were interested in joint venturing this project, Cohen Companies would be very interested. Timing is such that a transaction would need to close by year end.

In addition to Union Place and Velocity, the Cohen Companies was the winning developer for the Howard University Town Center project located on the grounds of Howard University Hospital. This project is structured on a ground lease and consequently there is no take down of the land. It consists of 430 residential units, a 45,000 square feet grocery store (The Fresh Grocer - http://www.thefreshgrocer.com/), a 15,000 square feet Nike Store and various other ancillary retailers including PNC Bank.

CONFIDENTIAL

TIAA037726

The link to the location is --

http://maps.google.com/maps?q=2200+Georgia+Ave,+Washington,+DC&oe=utf-8&rls=org.mozilla:en-US:official&client=firefox-a&um=1&ie=UTF-8&hq=&hnear=0x89b7b7e4b6fd7279:0x259b85fad4d593ed,2200+Georgia+Ave+NW,+Washington,+DC+20001&gl=us&ei=hu6hTu_nK8Lx0gGe17WYBQ&sa=X&oi=geocode_result&ct=title&resnum=1&ved=0CB4Q8gEwAA

As you can see, the Cohen Companies currently has three major urban projects which can be developed in different submarkets in downtown Washington, DC:

| | | |
|---|---|---|
| 1. | Union Place Phase II: | 525 Units |
| 2. | Velocity Phase II & III: | 578 Units |
| 3. | Howard University Town Center: | 430 Units |
| | Total: | 1,533 Units |

Due to recent events relating to Velocity, the Cohen Companies is faced with a decision as it relates to their development pipeline which could involve divesting entirely, joint venturing with an equity partner or a combination of both. We believe the above opportunity is unique in the DC marketplace for a coordinated, cohesive development platform for an investor like TIAA-CREF that wants to develop large scale urban residential and mixed-use projects in the nation's capital.

We want you to know how much the Cohen Companies and Greenwich have appreciated working over the last several months with the TIAA-CREF team towards achieving a transaction for the development of Union Place Phase II. We are very disappointed that we cannot move forward without solving the recapitalization of Velocity as well. We hope that upon your review, you will be prepared to consider the above proposed concept for a more extensive residential development transaction, which we hope can present an investment approach that even better meets your investment goals in the downtown Washington, DC market.

Please do not hesitate to contact me should you have any questions.

Regards,
Peter

CONFIDENTIAL