# EXHIBIT 26

Union Place Phase I, LLC
CIP/Fixed Assets Roll-Forward and Additions Test
12/31/09

Scope: 118,000
Trivial: 17,700

| | PY FS | | A | | | 2009 Roll Fwd | | B | |
|---|---|---|---|---|---|---|---|---|---|
| Account/Property Description | 2007 Ending Balance per Final TB | CIP Additions/Reclass 1/01-12/31/08 | 2008 CIP AJEs | CIP @12/31/08 | Additions/Reclass. 1/01-12/31/09 | 2009 AJEs | CIP @12/31/09 | Balances per 12/31/09 TB | Difference |
| CIP | | | | | | | | | |
| Construction in Progress | 4,978,095 | 15,837,431 | 2,521,412 D | 23,336,937 | 20,371,431 | 4,505,346 D, G | 48,213,714 | 48,213,714 A1.00 | (0) |
| Fixed Assets | | | | | | | | | |
| Land | 17,651,170 | | | | | | 17,651,170 | 17,651,170 A1.00 | |
| Total of Assets | 22,629,265 | 15,837,431 | 2,521,412 | 23,336,937 | 20,371,431 | 4,505,346 | 65,864,884 | 65,864,884 | (0) |

| | Date | Description/Name | | Amount | |
|---|---|---|---|---|---|
| (see procedures explanation below) | | | | | |
| | 2008 Selections | | | | |
| | 1/3/2008 | ADC Builders, Inc | $ | 866,856.00 | C |
| | 12/4/2008 | ADC Builders, Inc | $ | 2,164,890.00 | C |
| | 1/10/2008 | GTM Architects, Inc. | $ | 88,392.27 | C |
| | 3/31/2008 | E.F. Bennington & Ass | $ | 159,850.00 | C |
| | 6/25/2008 | Ronald Cohen Mgmt Co | $ | 266,666.67 | B |
| | 9/15/2008 | D.C. Treasurer | $ | 342,808.75 | C |
| | 9/30/2008 | Recl Exp thru 9/30/08 | $ | 347,501.76 | C |
| | | | | 4,236,965.45 | |
| | 2009 Additions | | | | |
| | 1/7/2009 | ADC Builders, Inc | $ | 1,675,512.00 | C |
| | 1/30/2009 | Washington Gas | $ | 31,324.00 | C |
| | 2/16/2009 | GTM Architects, Inc. | $ | 16,158.62 | C |
| | 5/27/2009 | Bello, Bello & Assoc, | $ | 10,500.00 | C |
| | 9/30/2009 | Cavalier Management | $ | 9,840.00 | C |
| | 9/30/2009 | American Office | $ | 50,554.39 | C |
| | | | $ | 1,793,889.01 | |

Note: Due to the fact that the Company was not audited during 2008, we roll-fwd the CIP and Land balances from the 12/31/07 audited balances through 12/31/09. We selected the beginning and ending GC (ADC) AIAs for the years ended on 12/31/08 and 12/31/09. Additionally, we requested support for soft costs additions above scope and then a hazhard sample of 10 additional soft costs additions (5 additions in 2008 and 5 additions in 2009). Please refer to 'CIP additions test' table as well as the tickmark legend below for more details on the results of this test.

Conclusion:
Based on the procedures performed above as well as the tickmark explanations and AJEs below, we deem CIP and Land balances at 12/31/09 reasonable. NFWDN.

Tickmark Legend:
A - We obtained the CIP additions through 12/31/08 and 12/31/09 from the CIP GL detail provided by the client.
B - This item relates to the Development Fees to be paid to Cohen Management Co. as determined by the Development Agreement and Loan Agreement. This payment included the retroactive payment of development fees for the months of April, May and June of 2008. We deem this amount to be reasonable as Development Fees were fully paid to the Management Co. at 12/31/09. The total amount of Development fees paid during 2008 and 2009 agrees to the amount established in the loan agreement w/o/e. NFWDN.
C - We vouched these additions to the respective invoices w/o/e. NFWDN.
D - These items represent the net effect on CIP of all AJEs booked as part of our CIP additions testing and search for unrecorded liabilities. Refer to the tickmark legend (E & F) below for a detailed description of these AJEs. The total adjustment to CIP based on the AJE's was $7,217,502
E - When reviewing the GC (ADC) AIAs selected, we noted the amount recorded as a CIP addition was net of the amount of retainage payable and not the amount completed for the periods selected. As a result, CIP and retainage payable were deemed understated. Additionally, as part of our search for unrecorded liabilities, it was noted that the hard costs for the month of December were not recorded as of 12/31/09. Based on the calculations on workpaper CC.03, we propose the following AJEs to adjust retainage payable and accrue for the AIAs not recorded by the client:

AJE#1:
DR: 191000 - CIP - $2,274,743.57
CR: 200010 - Accounts Payable (Accrued Expenses) - $1,365,513.27
CR: 200005 - Retainage Payable - $909,230.30
To record the CIP addition, retainage and accrual to AIA #14, as well as amortization for 2008 on loan costs.
(Note: Because this adjustment pertains to 2008 we had to manually adjust the A/P account on the 2008 TB. This is as opposed to the other line items which represent true ups of balances to help get us to the correct 12/31/09 balances (and would not need to be reversed at the beginning of 2009 A/P since it was paid off). This is the reason why you do not see the $1,365,513.27 adjustment to A/P as part of the AJE report.)

AJE#2:
DR: 191000 - CIP - $3,279,631.70
CR: 200010 - Accounts Payable (Accrued Expenses) - $2,302,845
CR: 200005 - Retainage Payable - $976,786.70
To record the CIP addition and accrual as well as to true-up the retainage payable related to AIA #25.

AJE#3:
DR: 191000 - CIP - $982,434.88
CR: 200010 - Accounts Payable (Accrued Expenses) - $940,624.88
CR: 200005 - Retainage Payable - $41,810.00
To record the CIP addition and accrual as well as to record the 2009 portion of retainage payable related to AIA #26.

F - As part of our review of deferred loan costs, it was noted that amortization expense was not being recorded. As a result of our procedures on workpaper L.01, we propose the following AJE to record amortization expense from the inception of the loan through 12/31/09 against CIP:

AJE#4:
DR: 191000 - CIP - $435,190.50  (2009)
DR: 191000 - CIP - $253,861.13  (2008)
CR: 190011 - Accumulated Amortization - Loan Costs - $689,051.63
To record amortization expense related to deferred loan costs FYE 12/31/09 and 2008 to CIP.

AJE#6:
DR: 302052 - Cohen: Accum P&L - $449
DR: 302057 -TIAA: Accum P&L - $6,744.41
CR: 191000 - CIP - $7,193.41
To reclass 2008 net incidental income to CIP and true up equity

TIAA000007

AJE#7:
DR: 480010 - Interest Income - $1,703.36
CR: 585170 - Bank Charges - $536.07
CR: 191000 - CIP - $1,167.29
To reclass 2009 net incidental income to CIP

G - In reviewing the GL detail for CIP, we noted no amounts booked during 2009 for RET. After inquiry of the client, it was noted that the Company had a refund/credit amount due from the tax authority at 12/31/09 for the amount of $190,744.70. The refund/credit was attributed to a significant decrease in the millage rate (from 5.0 to .85) by the county assessors. The decrease was applied retroactively (going back to 2007). The credit offset all applicable taxes for 2009 (which is why we did not see any taxes posted to the CIP account) and the remainder is to be refunded/received sometime in 2010. As a result, we propose the following AJE to record the refund receivable as a reduction to CIP:

AJE#8
DR: 110000 - Due from other - $190,744 (Note: balance is reflected on leadsheet I..00)
CR: 191000 - CIP - $190,744
*To record the refund receivable as a reduction to CIP.*