# EXHIBIT 27

| | |
|---|---:|
| Credit from real estate tax rate adjustment | (431,939.02) |
| 2009 1st half of real estate taxes | 114,701.42 |
| 2009 1st half of NY avenue fee | 5,895.74 |
| 2009 2nd half of real estate taxes | 114,701.42 |
| 2009 2nd half of NY avenue fee | 5,895.74 |
| Refund due | (190,744.70) |

CONFIDENTIAL                    TIAA000010

| | | | | REAL PROPERTY TAX BILL |
|---|---|---|---|---|
| ☆☆☆ | Government of the District of Columbia | | | Office of Tax and Revenue |
| | Office of the Chief Financial Officer | | | PO Box 98095 • Washington, DC 20090-8095 |

| Square | Suffix | Lot | Property Address | Mrtg. No. | Assessment | Tax Rate/$100 | Annual Tax |
|---|---|---|---|---|---|---|---|
| 0749 | | 0828 | K ST | 0 | 26,988,570 | 0.85 | 229,402.84 |

Notice Number: 7453815090714

CORRECTED BILL

#BWNNZYG
#0749 0000 0828 R192#
UNION PLACE PHASE I
2701 TOWER OAKS BLVD STE 200
ROCKVILLE, MD 20852-4239

Amount Enclosed: $ [ , , . ]

For Official Use Only: [ ]

| PAYMENT DUE BY: | Aug 18, 2009 | AMOUNT DUE: | -311,341.86 |
|---|---|---|---|

9  0749    0828 091157265 0031134186

---------PLEASE DETACH HERE AND RETURN THIS PORTION WITH YOUR PAYMENT---------

Tax Year 2009 is October 1, 2008 thru September 30, 2009 Class 001

Notice Number: 7453815090714

| Square | Suffix | Lot | Property Address | Mrtg. No. | Assessment | Tax Rate/$100 | Annual Tax |
|---|---|---|---|---|---|---|---|
| 0749 | | 0828 | K ST | 0 | 26,988,570 | 0.85 | 229,402.84 |

| DESCRIPTION | TAX | PENALTY | INTEREST | PAYMENT | TOTAL |
|---|---|---|---|---|---|
| Credit From a Prior Billing Period | | | | | -431,939.02 |
| 2009 First Half | 114,701.42 | | | | 114,701.42 |
| NY Ave Fee | | | | | 5,895.74 |
| Totals | | | | | -311,341.86 |

**Additional Information**
TO PAY YOUR BILL IN PERSON, YOU MUST PAY AT ANY BRANCH OF WACHOVIA BANK IN WASHINGTON, DC
32% OF YOUR TAX YEAR 2009 REAL PROPERTY TAX IS USED TO PAY THE GENERAL OBLIGATION BONDS DEBT SERVICE REQUIREMENT.

JUL 17 2009

TAXPAYER'S RECORD
SEE REVERSE SIDE FOR IMPORTANT INFORMATION

PP-177 (REV. 12/04)

| Payment Due By: | Aug 18, 2009 | Amount Due: | -311,341.86 |
|---|---|---|---|
| Payment Due By: | Sep 17, 2009 | Amount Due: | 0.00 |
| Payment Due By: | Oct 17, 2009 | Amount Due: | 0.00 |

CONFIDENTIAL    TIAA000011

District of Columbia: Real Property Account Summary Page                                    Page 1 of 1




**CFO HOME**

**TAXPAYER SERVICE CENTER**

**REAL PROPERTY SERVICES**
Property Tax Bill
Property Tax Sale
Lien Certification
Property Assessment Process
Property Assessment Appeals
Tax Relief Credits
Search Real Property Sales Database
Search Real Property Assessment Database

**CFO / OTR Search**

Property Detail - 250 K ST
SSL:0749 0828

Account Summary | Real Property Tax/Pilot Fee | BID Tax

Below is the most current billing information for the Real Property Tax/Pilot Fee on this property.

| Description | Tax Amount | Penalty Amount | Interest Amount** | Fees Amount | Total Original Due | Total Credits*** | Total Payment | Balance | Tax Sale Indicator |
|---|---|---|---|---|---|---|---|---|---|
| 2010 SECOND HALF | $276,815.04 | $15,621.79 | $7,295.11 | $5,895.74 | $305,627.68 | $5,895.74 | $276,815.04 | $22,916.90 | |
| 2010 FIRST HALF | $114,701.42 | $.00 | $.00 | $5,895.74 | $120,597.16 | $.00 | $120,597.16 | $.00 | |
| 2009 TAX YEAR | $229,402.84 | $.00 | $.00 | $11,791.48 | $241,194.32 | $426,043.28 | -$184,848.96 | $.00 | |
| 2008 TAX YEAR | $253,678.48 | $.00 | $.00 | $.00 | $253,678.48 | $.00 | $253,678.48 | $.00 | |

Current Balance                   $22,916.90                                   DCN                  102359295

*The outstanding amounts displayed here reflect payments and credits which have been applied to this account as well as some Homestead Audit charges; however, the balance due may not include updated penalty and interest.
*For billing information contact OTR Customer Service at (202) 727-4TAX.
**Interest Amount for tax year 2003 and prior, computed as of 1/31/05.
***Credits are the result of adjustments made to real property tax accouts, credits from receiving a benefit, or overpayments in a prior period.

View Property Detail | View Payments

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies | DC Council | Search | Elected Officials
Feedback | Translation | Accessibility | Privacy & Security | Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004

CONFIDENTIAL                              TIAA000012