# EXHIBIT 28

From: Jeff Silver <Jeff.Silver@aghllc.com>
Sent: Wednesday, May 12, 2010 4:17 PM
To: Alex Diaz <adiaz@cohencompanies.com>
Subject: RE: Real Estate Taxes

Thank you Alex. That works. My apologies for all of the questions. I guess that is the nature of what we do....Hope it wasn't to painful for you. I know that you have got multiple projects going on.

The process from here is that I have reviewed the audit work and draft financials and will submit them to my department head. He will then review everything and provide it to Randy Gold for a final walkthrough. My hope is late next week. I will let you know how things are looking at the beginning of next week.

Let me know if you have anymore questions or any concerns.

Have a great afternoon.

Jeff Silver, CPA
AGH
Direct: (404) 835-1856

From: Alex Diaz [mailto:Alex@cohencompanies.com]
Sent: Wednesday, May 12, 2010 3:58 PM
To: Jeff Silver
Subject: Real Estate Taxes

You can accrue the accounts receivable for real estates in 2009 that will actually be collected in 2010 ($190,744.70). Hope this clears up this issue. When can we expect a final audit report? It's been a pleasure working with you and AGH.

Best regards,

Alex Diaz
Chief Financial Officer
The Cohen Companies
2701 Tower Oaks Blvd, Suite 200
Rockville, Maryland 20852
301-692-1900
301-692-1901 Fax
adiaz@cohencompanies.com

DEPOSITION EXHIBIT
D.38
5.3.13

In accordance with the disclosure rules of Internal Revenue
Service Circular
230, the content of this e-mail was not intended or written to be used--and
cannot be used--for purposes of avoiding tax penalties, nor for purposes of
promoting, marketing, or recommending to another party an arrangement
involving
any tax-related matters addressed herein.

NOTICE: This e-mail message and all attachments transmitted with it may
contain
legally privileged and confidential information intended solely for the use of
the addressee. If you are not the intended recipient, you are hereby notified
that any reading, dissemination, distribution, copying, or other use of this
message or its attachments is strictly prohibited. If you have received this
message in error, please notify the sender immediately by telephone (404) 233-
5486 or by e-mail, and delete this message and all copies
and backups thereof. Thank you. Aarons Grant & Habif, LLC

KST 000054