# EXHIBIT 30

1

1                UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLUMBIA

3    ——————————————————————

4    K STREET DEVELOPERS,      :

5    LLC, et al.,              :

6              Plaintiffs :

7       vs.                    :  Civil Action No.

8    Teachers INSURANCE        :  1:12-cv-00666-RLW

9    AND ANNUITY ASSOCIATION:

10   OF AMERICA, et al.,       :

11             Defendants.:

12   ——————————————————————  :

13

14                        Friday, May 3, 2013

15                        Washington, D.C.

16   The Deposition of CHRISTOPHER S. VONGUGGENBERG   was

17   taken on Friday, May 3, 2013, commencing at 11:15

18   a.m., at the Law Offices of Cooter, Mangold, Deckelbaum

19   & Karas, LLP, 5301 Wisconsin Avenue, NW, Suite 500,

20   Washington, D.C., before Dianne M. Reidy  Notary

21   Public, Registered Professional Reporter.

22

13

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20      Q.   I'm marking as D-47 a communication from Angel

21   to you and to Latitia Cuma.

22      (Thereupon, Exhibit No. D-47 was marked.)

14

1    BY MS. WOODS:

2        Q.   Do you know who Latitia Cuma was?

3        A.   I don't remember -- oh, yeah, I remember who

4    she is, yeah.

5        Q.   And who is she?

6        A.   She was the -- I'll describe her as the point

7    of contact with Bozzuto Management.  They were the

8    onsite manager of the property.

9        Q.   In this e-mail, it's from Angel.  And he says:

10           "Hi Chris and Latitia Cuma.  I hope you're

11   doing well.  I wanted to send you our year-end request

12   list for the audit of Union Place Phase I LLC.  Please

13   know it included a few additional items for our review

14   of the preliminary information provided."

15           What was your role in this phase of the audit?

16       A.   Again, it was to be the liaison between the

17   Cohen interests and Union Place.

18       Q.   In terms of being liaison, I understand that

19   you provided information from the Cohens to the

20   auditor, right?

21       A.   Yes.

22       Q.   Did you also provide feedback to the Cohens --

15

1    from the auditor?

2        A.   Yeah, just bilateral communication on an

3    as-needed basis because we understand one another, we

4    communicate the very effectively internally.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

24

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17     (Thereupon, Exhibit No. 51 was marked.)

18  BY MS. WOODS:

19     Q.  Exhibit D-51 is an e-mail from you to Angel.

20     A.  Okay.

21     Q.  It's dated January 23, 2012, and it looks like

22  you're responding to line item questions.

25

1          A.   Okay.

2          Q.   That Angel has posed to you.

3          A.   Yes.

4          Q.   If you look at number 13, it looks like he was

5     asking you to provide -- or somebody on behalf of the

6     Cohens -- to provide any written communication between

7     Teachers and the management company whereby Teachers is

8     agreeing to allocate 10 percent of its contribution to

9     the managing company.  And you say:  "I don't believe

10    any such documentation exists.  The Cohen contribution

11    should be reflected as a receivable."

12         A.   Right.

13

14

15

16

17

18

19

20

21

22

32

1

2

3

4

5        (Thereupon, Exhibit No. D-53 was marked.)

6    BY MS. WOODS:

7        Q.   Exhibit D-53 is the financial statement and

8    auditor's report ending December 31, 2009.  It is dated

9    June of 2010.  You can just take a walk through this

10   and get a sense of whether you would have seen this at

11   or around the time it was issued.

12       A.   It looks like any other financial statement of

13   which I see quite a number of them during the year.  I

14   really can't say if I saw this or if I didn't, but I

15   suspect that I did.

16

17

18

19

20

21

22

44

1                      C E R T I F I C A T E

2

3

4          I do hereby certify that I am a Notary
   Public in good standing, that the aforesaid
5   testimony was taken before me, pursuant to
   notice, at the time and place indicated; that
   said deponent was by me duly sworn to tell
6   the truth, the whole truth, and nothing but
   the truth; that the testimony of said
7   deponent was correctly recorded in machine
   shorthand by me and thereafter transcribed
8   under my supervision with computer-aided
   transcription; that the deposition is a true
9   and correct record of the testimony given by
   the witness; and that I am neither of counsel
10   nor kin to any party in said action, nor
   interested in the outcome thereof.

11
          WITNESS my hand and official seal this
12   ____ day of ____, 20      .

13

14

15                    _____
                              Notary Public
16

17

18

19

20

21

22

VonGuggenberg, Chris 5-03-13

45

1          K Street Developers v. Tiaa Et Al

2               CHRIS VONGUGGENBERG

3             INSTRUCTIONS TO THE WITNESS

4          Please read your deposition over

5     carefully and make any necessary corrections.

6     You should state the reason in the

7     appropriate space on the errata sheet for any

8     corrections that are made.

9          After doing so, please sign the errata

10    sheet and date it.

11         You are signing same subject to the

12    changes you have noted on the errata sheet,

13    which will be attached to your deposition.

14         It is imperative that you return the

15    original errata sheet to the deposing

16    attorney within thirty (30) days of receipt

17    of the deposition transcript by you.  If you

18    fail to do so, the deposition transcript may

19    be deemed to be accurate and may be used in

20    court.

21

22    1658206

46

1        K Street Developers v. Tiaa Et Al

2            CHRIS VONGUGGENBERG

3              E R R A T A

4                - - - - -

5     PAGE    LINE    CHANGE

6     _ _  _  _ _ _   _ _ _ _ _ _ _ _ _ _ _ _ _ _

7     Reason:_____

8     _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

9     Reason:_____

10    _ _ _  _ _ _   _ _ _ _ _ _ _ _ _ _ _ _ _ _

11    Reason:_____

12    _ _ _ _  _ _ _   _ _ _ _ _ _ _ _ _ _ _ _ _ _

13    Reason:_____

14    _ _ _  _ _ _   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

15    Reason:_____

16    _ _ _  _ _ _   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

17    Reason:_____

18    _ _ _  _ _ _   _ _ _ _ _ _ _ _ _ _ _ _ _ _

19    Reason:_____

20    _ _ _  _ _ _   _ _ _ _ _ _ _ _ _ _ _ _ _ _

21    Reason:_____

22    1658206

47

1        K Street Developers v. Tiaa Et Al

2            CHRIS VONGUGGENBERG

3          ACKNOWLEDGMENT OF DEPONENT

4            I, _____, do

5    hereby certify that I have read the foregoing

6    pages and that the same is a correct

7    transcription of the answers given by

8    me to the questions therein propounded,

9    except for the corrections or changes in form

10   or substance, if any, noted in the attached

11   Errata Sheet.

12

13   _____        _____

14   DATE                  SIGNATURE

15

16   Subscribed and sworn to before me this

17   _____ day of _____, 20___.

18

19   My commission expires: _____

20   _____

21   Notary Public

22    Job No. PA1658206