# EXHIBIT 31

**Angel Morales**

| | |
|---|---|
| From: | Angel Morales <angel.morales@aghllc.com> |
| Sent: | Tuesday, March 15, 2011 2:30 PM |
| Subject: | RE: Union Place Phase I, LLC |

No problem Chris. I have created an account named "Due from affiliate". I used account number 119000. Let me know if you would like to use another account name and number.

Thank you,

Angel Morales, CPA

AGH

Direct: (404) 835-1836

---

**From:** Chris VonGuggenburg [mailto:Chris@cohencompanies.com]
**Sent:** Tuesday, March 15, 2011 2:03 PM
**To:** Angel Morales
**Subject:** RE: Union Place Phase I, LLC

Hi Angel, Alex and Rody looked into the tax refund, apparently it was received and mistakenly deposited into K Street Developers, can you reclassify it as a receivable from Cohen? I hope this resolves this issue, let me know if not.

I guess all that is left is the mortgage note, we're waiting to hear back on that.

Chris

**From:** Angel Morales [mailto:angel.morales@aghllc.com]
**Sent:** Tuesday, March 15, 2011 9:10 AM
**To:** Michael Hollander
**Cc:** Chris VonGuggenburg
**Subject:** RE: Union Place Phase I, LLC

Thanks Michael.

Have a great rest of the week.

Angel Morales, CPA

AGH

Direct: (404) 835-1836

---

**From:** Michael Hollander [mailto:Michael@cohencompanies.com]
**Sent:** Tuesday, March 15, 2011 8:31 AM
**To:** Angel Morales
**Cc:** Chris VonGuggenburg
**Subject:** Union Place Phase I, LLC

Dear Ms. Morales: Per the confirmation request of Union Place Phase I, LLC, please find the attached.

Michael P. Hollander, Esq., General Counsel
The Cohen Companies
Ronald Cohen Management Company          ADC Builders, Inc.
2701 Tower Oaks Boulevard Suite 200
Rockville, Maryland 20852

1

DEPOSITION
EXHIBIT
D-40
5.3.13

Union North Phase I
Disbursements - Detail
September 2010 : R/E Tax Draw

| | Real Estate Taxes | Total |
|---|---|---|
| DC Treasurer | 114,701.42 | 114,701.42 |
| DC Treasurer | 156,092.90 | 156,092.90 |
| Total Draw | 270,794.32 | 270,794.32 |

(301) 692-1900     (301) 692-1940 (direct line)
(301) 692-1901 (fax)
mhollander@cohencompanies.com
The information in this email and in any attachments may contain confidential or privileged information intended solely for the attention and use of the named addressee(s). This information may be subject to legal, professional or other privilege or may otherwise be protected by work product immunity or other legal rules. It must not be disclosed to any person without my authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, please notify the sender by reply transmission and delete the message without copying it or disclosing its contents.

In accordance with the disclosure rules of Internal Revenue
Service Circular
230, the content of this e-mail was not intended or written to be used--and
cannot be used--for purposes of avoiding tax penalties, nor for purposes of
promoting, marketing, or recommending to another party an arrangement
involving
any tax-related matters addressed herein.

NOTICE: This e-mail message and all attachments transmitted with it may
contain
legally privileged and confidential information intended solely for the use of
the addressee. If you are not the intended recipient, you are hereby notified
that any reading, dissemination, distribution, copying, or other use of this
message or its attachments is strictly prohibited. If you have received this
message in error, please notify the sender immediately by telephone (404) 233-
5486 or by e-mail, and delete this message and all copies
and backups thereof. Thank you. Aarons Grant & Habif, LLC