# EXHIBIT 32

Case 1:12-cv-00666-RLW   Document 80-28   Filed 09/18/13   Page 1 of 11

UNION PLACE PHASE I, LLC

FINANCIAL STATEMENTS
DECEMBER 31, 2010



DEPOSITION EXHIBIT
D-44
5·3·13

CONFIDENTIAL                TIAA000056

UNION PLACE PHASE I, LLC
FINANCIAL STATEMENTS
DECEMBER 31, 2010

## TABLE OF CONTENTS

|  | Page |
|---|---|
| Independent Auditors' Report | 1 |
| Financial Statements | |
| Balance Sheet | 2 |
| Statement of Operations | 3 |
| Statement of Changes in Members' Equity | 4 |
| Statement of Cash Flows | 5 |
| Notes to Financial Statements | 6 |

CONFIDENTIAL                TIAA000057



BUSINESS ADVISORS
CERTIFIED PUBLIC ACCOUNTANTS

INDEPENDENT AUDITORS' REPORT

To the Members of
Union Place Phase I, LLC

We have audited the accompanying balance sheet of Union Place Phase I, LLC (the "Company") as of December 31, 2010, and the related statements of operations, changes in members' equity and cash flows for the year then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of Union Place Phase I, LLC as of December 31, 2010 and the results of its operations and its cash flows for the year then ended in conformity with accounting principles generally accepted in the United States of America.

*Aarons Grant & Habif, LLC*

Aarons Grant & Habif, LLC

March 30, 2011

3500 Piedmont Road, Suite 600, Atlanta, Georgia 30305. Phone 404-233-5486. Fax 404-237-8325
E-mail cpa@aghllc.com Web Page www.aghllc.com

CONFIDENTIAL                    TIAA000058

UNION PLACE PHASE I, LLC
BALANCE SHEET
AS OF DECEMBER 31, 2010

ASSETS

| | |
|---|---:|
| **Property and Equipment** | |
| Land | $ 17,651,170 |
| Land improvements | 2,060,237 |
| Building | 50,660,228 |
| Furniture, fixtures and equipment | 987,175 |
| | 71,358,810 |
| Less accumulated depreciation | (953,029) |
| Net property and equipment | 70,405,781 |
| **Cash** | 131,637 |
| **Other Assets** | |
| Prepaid expenses | 12,273 |
| Due from affiliate | 497,305 |
| Deferred financing costs, net | 241,773 |
| Other receivable | 2,323 |
| Total other assets | 753,674 |
| **Total Assets** | $ 71,291,092 |

LIABILITIES AND MEMBERS' EQUITY

| | |
|---|---:|
| **Liabilities** | |
| Accounts payable - operations | $ 230,390 |
| Construction loan payable | 51,358,269 |
| Accrued interest | 100,395 |
| Deferred rental income | 29,640 |
| Due to affiliate | 26,491 |
| Deposits | 27,205 |
| Total liabilities | 51,772,390 |
| **Members' Equity** | 19,518,702 |
| Total Liabilities and Members' Equity | $ 71,291,092 |

See Independent Auditors' Report and Accompanying Notes
- 2 -

CONFIDENTIAL

UNION PLACE PHASE I, LLC
STATEMENT OF OPERATIONS
FOR THE YEAR ENDED DECEMBER 31, 2010

| | |
|---|---:|
| Revenues | |
| Rental income | $ 590,133 |
| Parking and other income | 86,059 |
| Total revenues | 676,192 |
| Operating Expenses | |
| Advertising and marketing | 398,027 |
| General and administrative | 421,232 |
| Insurance | 49,591 |
| Management fees | 77,000 |
| Real estate taxes | 317,172 |
| Repairs and maintenance | 113,761 |
| Utilities | 171,492 |
| Total operating expenses | 1,548,275 |
| Loss from operations | (872,083) |
| Other Expenses | |
| Depreciation and amortization | 1,291,511 |
| Interest expense | 648,495 |
| Total other expenses | 1,940,006 |
| Net Loss | $ (2,812,089) |

## UNION PLACE PHASE I, LLC
## STATEMENT OF CHANGES IN MEMBERS' EQUITY
## FOR THE YEAR ENDED DECEMBER 31, 2010

|  | Union North Phase I, LLC | TIAA Union Place Phase I, LLC | Total |
|---|---:|---:|---:|
| Members' Equity, January 1, 2010 | $ 2,233,077 | $ 20,097,714 | $ 22,330,791 |
| Net loss | (281,209) | (2,530,880) | (2,812,089) |
| Members' Equity, December 31, 2010 | $ 1,951,868 | $ 17,566,834 | $ 19,518,702 |

See Independent Auditors' Report and Accompanying Notes
- 4 -

CONFIDENTIAL                    TIAA000061

UNION PLACE PHASE I, LLC
STATEMENT OF CASH FLOWS
FOR THE YEAR ENDED DECEMBER 31, 2010

| | |
|---|---:|
| **Cash flows from operating activities:** | |
| Net loss | $ (2,812,089) |
| Adjustments to reconcile net loss to net cash used in operating activities: | |
| Depreciation and amortization | 1,291,511 |
| Change in: | |
| Prepaid expenses | (12,273) |
| Property tax refund receivable | 190,744 |
| Due from affiliate | (497,305) |
| Other receivable | (2,323) |
| Accounts payable - operations | 230,390 |
| Accrued interest | 27,205 |
| Deferred rental income | 21,784 |
| Due to affiliate | (24,063) |
| Deposits | 29,640 |
| Net cash used in operating activities | (1,556,779) |
| **Cash flows from investing activities:** | |
| Additions to property and equipment | (5,022,472) |
| Payments of accounts payable - construction | (3,340,933) |
| Payments of retainage payable | (2,124,575) |
| Net cash used in investing activities | (10,487,980) |
| **Cash flows from financing activities:** | |
| Proceeds from construction loan payable | 11,920,534 |
| Net change in cash | (124,225) |
| Cash, beginning of year | 255,862 |
| Cash, end of year | $ 131,637 |
| **Supplemental disclosure of non-cash flow information:** | |
| Cash paid for interest, net of capitalized interest of $462,617 | $ 548,100 |

See Independent Auditors' Report and Accompanying Notes
- 5 -

UNION PLACE PHASE I, LLC
NOTES TO FINANCIAL STATEMENTS
DECEMBER 31, 2010

### Note A – Organization

Union Place Phase I, LLC (the "Company") is a Delaware limited liability company organized on January 17, 2007 for the purpose of acquiring, developing, managing, and leasing a 212 unit multi-family residential project (the "Project") in Washington, D.C. In May 2010, the Company completed the construction of the Project.

Union North Phase I, LLC ("Union North") holds a 10% interest in the Company and TIAA Union Place Phase I, LLC ("TIAA") holds a 90% interest in the Company.

On February 1, 2007, Union North sold a 90% interest in a parcel of land to the Company. Union North's remaining 10% interest in the land was deemed an initial capital contribution. Concurrently, TIAA made a capital contribution equivalent to 90% of the purchase price of the land plus acquisition costs. The parcel is the site of the Project.

### Note B – Summary of Significant Accounting Policies

#### Use of estimates
The preparation of financial statements in conformity with accounting principles generally accepted in the United States requires management to make estimates and assumptions that affect various amounts reported in the financial statements and accompanying notes. Actual results could differ from those estimates.

#### Property and Equipment
Property and equipment is recorded at original cost. Depreciation of property and equipment is provided using the straight-line method for financial statement purposes at rates based on the following useful lives:

| | |
|---|---|
| Land improvements | 15 years |
| Building | 39 years |
| Furniture, fixtures and equipment | 5 years |

Expenditures that extend the useful lives of property and equipment are capitalized. Expenditures for repairs and maintenance are expensed as incurred. Depreciation expense for the year ended December 31, 2010 totaled $953,029.

The Company evaluates its investment in property and equipment to assess whether any impairment indicators are present that would impact the recovery of the investments' carrying value. An impairment is deemed to exist if the carrying value of the property and equipment exceeds the sum of the property and equipment's undiscounted cash flows. If such a situation occurs, the Company will reduce the carrying value to the fair value determined through an independent appraisal or other means and record an impairment loss in earnings. No impairments were noted for the year ended December 31, 2010.

#### Deferred financing costs
Deferred financing costs consist of amounts incurred to secure the construction financing. The charges are amortized on a straight-line basis over the 36-month loan term. Accumulated amortization as of December 31, 2010 totaled $1,498,989. For the year ended December 31, 2010, amortization expense totaled $338,482, net of amounts capitalized of $471,455.

See Independent Auditors' Report

CONFIDENTIAL                                    TIAA000063

UNION PLACE PHASE I, LLC
NOTES TO FINANCIAL STATEMENTS
DECEMBER 31, 2010

### Note B – Summary of Significant Accounting Policies (concluded)

#### Revenue recognition
Rental income from tenant leases is recognized as earned. Lease terms generally do not extend beyond one year.

#### Advertising and marketing costs
The Company's policy is to expense advertising and marketing costs as incurred. For the year ended December 31, 2010, advertising and marketing expense totaled $398,027.

#### Income taxes
The Company is organized as a limited liability company ("LLC") for income tax purposes. As an LLC, the members will include taxable income or loss of the Company on their respective income tax returns. As a result, there is no provision for income taxes in these financial statements.

### Note C – Construction Loan Payable

On May 23, 2008, the Company obtained a construction loan facility from a third-party lender totaling $55,250,000. The note bears interest monthly based on one-month LIBOR plus 1.875% per annum, not to exceed 8% (2.14% at December 31, 2010). The loan matures on May 23, 2011, at which time the unpaid principal and accrued interest balance is due. The loan has two successive renewal options to extend the maturity date to May 23, 2012 and May 23, 2013. The loan is guaranteed by certain affiliates of the Company and Union North and is secured by the Project. At December 31, 2010, the balance of the construction loan payable was $51,358,269.

### Note D – Related Party Transactions

The Company entered into a development agreement with an affiliate to develop the Project. The Company incurred $1,600,000 in development fees related to this agreement, of which $0 were paid in 2010.

The Company entered into a construction contract with an affiliate to construct the Project. As of December 31, 2010, the Company incurred $44,518,505 in construction costs related to this contract, of which $3,923,637 were paid in 2010.

During 2010, an affiliate of the Company paid certain construction and development costs on behalf of the Company. As of December 31, 2010, the amount due to the affiliate totaled $26,491

During 2010, the Company paid real estate taxes totaling $306,561 on behalf of an affiliate. In addition, the Company's 2009 property tax refund totaling $190,744 was deposited into the affiliate's cash account and is due to the Company. As of December 31, 2010, the amount due from the affiliate totaled $497,305.

### Note E – Fair Value of Financial Instruments

As of December 31, 2010, the carrying amount of certain assets and liabilities that arise from contractual obligations approximates the fair value of these instruments.

See Independent Auditors' Report
-7-
CONFIDENTIAL

TIAA000064

UNION PLACE PHASE I, LLC
NOTES TO FINANCIAL STATEMENTS
DECEMBER 31, 2010

Note F – Subsequent Events

The Company has evaluated subsequent events through March 30, 2011, the date these financial statements were available for issuance. The Company has identified no subsequent events that require disclosure under Financial Accounting Standards Board Accounting Standards Codification Topic 855, *Subsequent Events*.

See Independent Auditors' Report
- 8 -
CONFIDENTIAL                                                    TIAA000065