# EXHIBIT 34

000025     3/27/2013 10:44 AM

Loree Grand Res & Ret (loree)
**Budget**
Period = Jan 10 to Dec 2010
Book = Accrual

| | | Jan-10 | Feb-10 | Mar-10 | Apr-10 | May-10 | Jun-10 | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **REVENUE** | | | | | | | | | | | | | |
| | GROSS RENT POTENTIAL | | | | | | | | | | | | | |
| 4001-0000 | Gross Potential Rent | 555,894.00 | 555,894.00 | 555,894.00 | 555,894.00 | 555,894.00 | 555,894.00 | 555,894.00 | 555,894.00 | 555,894.00 | 555,894.00 | 555,894.00 | 555,894.00 | 6,670,728.00 |
| 4101-0000 | Vacancy | (555,894.00) | (555,894.00) | (555,894.00) | (555,894.00) | (555,894.00) | (519,184.02) | (479,851.90) | (427,409.07) | (374,966.24) | (335,634.11) | (298,924.13) | (262,214.15) | (5,477,653.62) |
| 4112-0000 | Bad Debt - Apartment | | | | | | | | | | | | (437.02) | (874.04) |
| | NET RENTAL REVENUE | - | - | - | - | - | 36,709.98 | 76,042.10 | 128,484.93 | 180,927.76 | 220,259.89 | 256,532.85 | 293,242.83 | 1,192,200.34 |
| | **OTHER INCOME** | | | | | | | | | | | | | |
| 4205-0000 | Parking Income | | | | | | 1,314.98 | 2,723.88 | 4,602.42 | 6,480.96 | 7,889.86 | 9,204.83 | 10,519.81 | 42,736.74 |
| 4217-0000 | Tenant Late Charges | | | | | | 91.77 | 190.11 | 321.21 | 452.32 | 550.65 | 642.42 | 734.20 | 2,982.68 |
| 4218-0000 | Bad Check Charges | | | | | | | | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 175.00 |
| 4221-0000 | Application & Credit Fees | | | | | | 1,462.50 | 1,950.00 | 1,950.00 | 1,462.50 | 1,365.00 | 1,365.00 | 1,365.00 | 10,920.00 |
| 4225-0000 | Amenities Income | | | | | | 750.00 | 1,875.00 | 2,500.00 | 2,500.00 | 1,875.00 | 1,750.00 | 1,750.00 | 13,000.00 |
| 4228-0000 | Vending Income | | | | | | 1.17 | 2.42 | 4.08 | 5.75 | 7.00 | 8.17 | 9.33 | 37.92 |
| 4230-0000 | Pet Charges | | | | | | 175.00 | 362.50 | 612.50 | 862.50 | 1,050.00 | 1,225.00 | 1,400.00 | 5,687.50 |
| 4243-0000 | Cable Income | | | | | | 19.81 | 41.04 | 69.34 | 97.64 | 118.87 | 138.68 | 158.49 | 643.87 |
| 4245-0000 | Misc. Income | | | | | | 17.50 | 36.25 | 61.25 | 86.25 | 105.00 | 122.50 | 140.00 | 568.75 |
| | TOTAL OTHER INCOME | - | - | - | - | - | 3,832.73 | 7,181.20 | 10,155.80 | 11,982.92 | 12,996.38 | 14,491.60 | 16,111.83 | 76,752.46 |
| | **TOTAL OPERATING REVENUE** | - | - | - | - | - | 40,542.71 | 83,223.30 | 138,640.73 | 192,910.68 | 233,256.27 | 271,024.45 | 309,354.66 | 1,268,952.80 |
| | **EXPENSES** | | | | | | | | | | | | | |
| | RENTAL EXPENSE | | | | | | | | | | | | | |
| 5102-0000 | Advertising - Phone Center | | | | | 1,969.00 | | 1,969.00 | 1,969.00 | 1,969.00 | 1,969.00 | 1,969.00 | 1,969.00 | 16,527.00 |
| 5104-0000 | Collateral Materials | | | | | | | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 875.00 |
| 5105-0000 | Signs | | | | | | | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 700.00 |
| 5109-0000 | Apartment Guides | | | | | 803.00 | | 803.00 | 803.00 | 803.00 | 803.00 | 803.00 | 803.00 | 6,424.00 |
| 5111-0000 | Resident Referrals | | | | | 250.00 | | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 2,000.00 |
| 5112-0000 | Outside Commissions | | | | | 1,000.00 | | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 8,000.00 |
| 5115-0000 | Hospitality | | | | | | | 636.00 | 636.00 | 636.00 | 636.00 | 636.00 | 636.00 | 4,452.00 |
| 5116-0000 | Resident Activities | | | | | | | | | 500.00 | | | 1,000.00 | 1,500.00 |
| 5121-0000 | Internet Advertising | | | | | 7,635.00 | 8,760.00 | 7,635.00 | 7,635.00 | 7,635.00 | 7,635.00 | 7,635.00 | 7,635.00 | 62,205.00 |
| 5123-0000 | Miscellaneous Marketing | | | | | 1,201.00 | 7,206.00 | 1,201.00 | 1,701.00 | 1,201.00 | 1,201.00 | 1,201.00 | 1,201.00 | 16,113.00 |
| | TOTAL RENTAL EXPENSE | | | | | 12,858.00 | 21,624.00 | 13,719.00 | 14,219.00 | 14,219.00 | 13,719.00 | 13,719.00 | 14,719.00 | 118,796.00 |
| | SALARY EXPENSE | | | | | | | | | | | | | |
| 5201-0000 | Manager Payroll | | | | | | 4,769.23 | 4,769.23 | 4,769.23 | 4,769.23 | 4,769.23 | 7,153.85 | 4,769.23 | 35,769.23 |
| 5202-0000 | Assistant Manager Payroll | | | | | | 3,076.92 | 3,076.92 | 3,076.92 | 3,076.92 | 3,076.92 | 4,615.38 | 3,076.90 | 23,076.90 |
| 5205-0000 | Sales & Service Assoc Payroll | | | | | | 5,230.77 | 5,230.77 | 5,230.77 | 5,230.77 | 5,230.77 | 7,846.15 | 5,230.77 | 39,230.77 |
| 5206-0000 | Bonus Management | | | | | | 1,400.00 | 1,500.00 | 2,000.00 | 2,000.00 | 1,500.00 | 1,400.00 | 1,400.00 | 11,200.00 |
| 5208-0000 | Front Desk/Concierge Payroll | | | | | | 10,207.38 | 10,207.38 | 10,207.38 | 10,207.38 | 10,207.38 | 15,311.08 | 10,207.38 | 76,555.36 |
| 5210-0000 | Benefit Charge | | | | | | 7,910.92 | 7,937.92 | 8,072.92 | 8,072.92 | 8,872.53 | 13,079.30 | 8,845.53 | 62,792.04 |
| 5212-0000 | Service Manager Payroll | | | | | | 4,615.38 | 4,615.38 | 4,615.38 | 4,615.38 | 4,615.38 | 6,923.08 | 4,615.38 | 34,615.36 |
| 5213-0000 | Assistant Service Mgr Payroll | | | | | | | | | | 3,461.54 | 5,192.31 | 3,461.54 | 12,115.39 |
| | TOTAL SALARY EXPENSE | | | | | | 37,210.60 | 37,337.60 | 37,972.60 | 37,972.60 | 41,733.75 | 61,521.15 | 41,606.75 | 295,355.05 |
| | ADMINISTRATIVE EXP | | | | | | | | | | | | | |
| 5301-0000 | Employee Recruiting | | | | | | 500.00 | | | | | | | 500.00 |
| 5302-0000 | Resident Credit Checks | | | | | | 604.50 | 806.00 | 806.00 | 604.50 | 564.20 | 564.20 | 564.20 | 4,513.60 |
| 5303-0000 | Employee Relations | | | | | | 875.00 | 525.00 | 100.00 | 375.00 | 250.00 | 100.00 | 600.00 | 2,825.00 |
| 5305-0000 | Uniforms/Career Apparel | | | | | | 200.00 | | | | | 200.00 | | 400.00 |
| 5310-0000 | Licenses & Fees | | | | | | 10,679.00 | | | | | | | 10,679.00 |

Page 1 of 3

CONFIDENTIAL     TIAA055431

000026                                                                                                                                                     3/27/2013 10:44 AM

Loree Grand Res & Ret (Loree)
**Budget**
Period = Jan 2010-Dec 2010
Book = Accrual

| Acct | Description | Jan-10 | Feb-10 | Mar-10 | Apr-10 | May-10 | Jun-10 | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5313-0000 | Office Supplies | | | | | | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 1,050.00 |
| 5314-0000 | Office Forms | | | | | | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 1,400.00 |
| 5318-0000 | Postage/Courier Expense | | | | | | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 1,400.00 |
| 5319-0000 | Travel | | | | | | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 350.00 |
| 5320-0000 | Telephone Exp - Office | | | | | | 1,024.00 | 1,024.00 | 1,024.00 | 1,024.00 | 1,024.00 | 1,024.00 | 1,024.00 | 7,168.00 |
| 5321-0000 | Telephone Exp - Service | | | | | | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 1,400.00 |
| 5322-0000 | Telephone Exp - Dedicated Lines | | | | | | 414.00 | 414.00 | 414.00 | 414.00 | 414.00 | 414.00 | 414.00 | 2,898.00 |
| 5330-0000 | Bank Charges | | | | | | 5.83 | 12.08 | 20.42 | 28.75 | 35.00 | 40.83 | 46.67 | 189.58 |
| 5331-0000 | Credit Card Charge | | | | | | 41.30 | 85.55 | 144.55 | 203.54 | 44.25 | 41.30 | 41.30 | 601.79 |
| 5359-0000 | Miscellaneous G & A | | | | | | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 3,500.00 |
| | TOTAL ADMINISTRATIVE EXP | | | | | | 15,643.63 | 4,166.63 | 3,808.97 | 3,949.79 | 3,631.45 | 3,684.33 | 3,990.17 | 38,874.97 |
| | MANAGEMENT FEE | | | | | | | | | | | | | |
| 5401-0000 | Management Fee | | | | | | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 77,000.00 |
| | TOTAL MANAGEMENT FEE | | | | | | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 77,000.00 |
| | MAINTENANCE EXPENSE | | | | | | | | | | | | | |
| 5501-0000 | T/O Apt Turnover Contract | | | | | | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 42,000.00 |
| 5502-0000 | T/O Apt Cleaning Supplies | | | | | | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 1,050.00 |
| 5503-0000 | T/O Carpet Cleaning | | | | | | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 210.00 |
| 5504-0000 | T/O Carpet Repair | | | | | | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 350.00 |
| 5505-0000 | T/O Interior Painting | | | | | | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 350.00 |
| 5508-0000 | Exterminating Contract | | | | | | 9.91 | 24.76 | 33.02 | 33.02 | 24.76 | 23.11 | 23.11 | 171.69 |
| 5509-0000 | Trash Removal | | | | | | 104.01 | 215.45 | 364.03 | 512.62 | 624.06 | 728.07 | 832.08 | 3,380.32 |
| 5513-0000 | Landscaping Contract | | | | | | 2,187.50 | 2,187.50 | 2,187.50 | 2,187.50 | 2,187.50 | 2,187.50 | 2,187.50 | 15,312.50 |
| 5514-0000 | Ground Supplies | | | | | | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 3,500.00 |
| 5516-0000 | Snow Removal | | | | | | | | | | | 1,500.00 | 1,500.00 | 3,000.00 |
| 5520-0000 | Electrical R&M | | | | | | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 1,400.00 |
| 5522-0000 | HVAC R&M | | | | | | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 2,625.00 |
| 5523-0000 | Appliance R&M | | | | | | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 350.00 |
| 5524-0000 | Plumbing R&M | | | | | | 245.00 | 245.00 | 245.00 | 245.00 | 245.00 | 245.00 | 245.00 | 1,715.00 |
| 5525-0000 | Locks/Keys | | | | | | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 1,050.00 |
| 5527-0000 | General Building R&M | | | | | | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 700.00 |
| 5527-1000 | Carpentry | | | | | | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 210.00 |
| 5534-0000 | Vinyl/Tile Repair | | | | | | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 350.00 |
| 5536-0000 | Security/Fire Prevention | | | | | | 1,020.00 | 1,020.00 | 1,020.00 | 1,020.00 | 1,020.00 | 1,020.00 | 1,020.00 | 7,140.00 |
| 5540-0000 | Equipment/Tools | | | | | | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 175.00 |
| 5555-0000 | Miscellaneous Maintenance | | | | | | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 1,400.00 |
| | TOTAL MAINTENANCE EXPENSE | | | | | | 11,526.42 | 11,652.71 | 11,809.55 | 11,958.14 | 12,061.32 | 13,663.68 | 13,767.69 | 86,439.51 |
| | UTILITY EXPENSE | | | | | | | | | | | | | |
| 5602-0000 | Electricity - Models | | | | | | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 2,100.00 |
| 5603-0000 | Electricity - Housemeters | | | | | | 14,100.00 | 14,100.00 | 14,800.00 | 15,300.00 | 15,300.00 | 15,500.00 | 15,500.00 | 104,600.00 |
| 5604-0000 | Electricity - Vacants | | | | | | 3,460.80 | 4,614.40 | 4,614.40 | 4,614.40 | 2,307.20 | 2,307.20 | 6,921.60 | 28,840.00 |
| 5617-0000 | Water and Sewer | | | | | | 490.00 | 1,015.00 | 1,715.00 | 2,415.00 | 2,940.00 | 3,430.00 | 3,920.00 | 15,925.00 |
| 5619-0000 | Water/Sewer Reimb | | | | | | (392.00) | (812.00) | (1,372.00) | (1,932.00) | (2,352.00) | (2,744.00) | (3,136.00) | (12,740.00) |
| | TOTAL UTILITY EXPENSE | | | | | | 17,958.80 | 19,217.40 | 20,057.40 | 20,697.40 | 18,495.20 | 18,793.20 | 23,505.60 | 138,725.00 |
| | R/E TAXES & INSURANCE | | | | | | | | | | | | | |
| 5701-0000 | Real Estate Taxes | | | | | | 12,543.33 | 12,543.33 | 12,543.33 | 12,543.33 | 12,543.33 | 12,543.33 | 12,543.33 | 87,803.31 |
| 5731-0000 | Liability Insurance | | | | | | 3,975.00 | 3,975.00 | 3,975.00 | 3,975.00 | 3,975.00 | 3,975.00 | 3,975.00 | 27,825.00 |
| | TOTAL R/E TAXES & INSURANCE | | | | | | 16,518.33 | 16,518.33 | 16,518.33 | 16,518.33 | 16,518.33 | 16,518.33 | 16,518.33 | 115,628.31 |
| | **TOTAL OPERATING EXPENSES** | | | | | 12,858.00 | 131,481.78 | 113,611.67 | 115,385.85 | 116,315.26 | 117,159.05 | 138,899.69 | 125,107.54 | 870,818.84 |
| | NET OPERATING INCOME | | | | | (12,858.00) | (90,939.07) | (30,388.37) | 23,254.88 | 76,595.42 | 116,097.22 | 132,124.76 | 184,247.12 | 398,133.96 |

Page 2 of 3

CONFIDENTIAL                                                                                           TIAA055432

3/27/2013 10:44 AM

Loree Grand Res & Ret (Loree)
**Budget**
Period = Jan 2010-Dec 2010
Book = Accrual

| | | Jan-10 | Feb-10 | Mar-10 | Apr-10 | May-10 | Jun-10 | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PROPERTY IMPROVEMENTS | | | | | | | | | | | | | |
| 6061-0000 | Start up - Marketing | | | | | | 25,000.00 | | | | | | | 25,000.00 |
| 6066-0000 | Start up - Resident Gifts | | | | | | 19,250.00 | | | | | | | 19,250.00 |
| 6067-0000 | Start up - Hospitality | | | | | | 2,010.00 | | | | | | | 2,010.00 |
| 6068-0000 | Start up - Clubhouse/Fitness Center | | | | | | 5,250.00 | | | | | | | 5,250.00 |
| 6069-0000 | Start up - Model Apartment | | | | | | 1,275.00 | | | | | | | 1,275.00 |
| 6070-0000 | Start up - Administrative Exp/Supplies | | | | | | 4,000.00 | | | | | | | 4,000.00 |
| 6077-0000 | Start up - Equipment/Tools | | | | | | 32,909.00 | | | | | | | 32,909.00 |
| | TOTAL PROP IMPROVEMENTS | | | | | | 89,694.00 | | | | | | | 89,694.00 |
| | **NOI BEFORE FINANCING** | - | - | - | - | (12,858.00) | (180,633.07) | (30,388.37) | 23,254.88 | 76,595.42 | 116,097.22 | 132,124.76 | 184,247.12 | 308,439.96 |
| | NOI BEFORE DEPR/AMORT | | | | | (12,858.00) | (180,633.07) | (30,388.37) | 23,254.88 | 76,595.42 | 116,097.22 | 132,124.76 | 184,247.12 | 308,439.96 |
| | **NET INCOME** | - | - | - | - | (12,858.00) | (180,633.07) | (30,388.37) | 23,254.88 | 76,595.42 | 116,097.22 | 132,124.76 | 184,247.12 | 308,439.96 |
| | **NET CASHFLOW** | - | - | - | - | (12,858.00) | (180,633.07) | (30,388.37) | 23,254.88 | 76,595.42 | 116,097.22 | 132,124.76 | 184,247.12 | 308,439.96 |

000027

Page 3 of 3

CONFIDENTIAL    TIAA055433

000028

3/27/2013 10:43 AM

Loree Grand Pas & Ref (Loree)
**Budget**
Period = Jan 2011-Dec 2011
Book = Accrual

| Acct | Description | Jan-11 | Feb-11 | Mar-11 | Apr-11 | May-11 | Jun-11 | Jul-11 | Aug-11 | Sep-11 | Oct-11 | Nov-11 | Dec-11 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **REVENUE** | | | | | | | | | | | | | |
| | GROSS RENT POTENTIAL | | | | | | | | | | | | | |
| 4001-0000 | Gross Potential Rent | 554,633.00 | 554,633.00 | 554,633.00 | 554,633.00 | 554,633.00 | 554,633.00 | 554,633.00 | 554,633.00 | 554,633.00 | 554,633.00 | 554,633.00 | 554,633.00 | 6,655,596.00 |
| 4101-0000 | Vacancy | (244,038.52) | (216,306.87) | (188,575.22) | (160,843.57) | (133,111.92) | (99,833.94) | (66,555.96) | (27,731.65) | (27,731.65) | (27,731.65) | (27,731.65) | (27,731.65) | (1,247,924.25) |
| 4106-0000 | Rent Concession | (76,503.00) | (85,661.00) | (94,820.00) | (103,978.00) | (115,832.00) | (127,686.00) | (127,686.00) | (127,686.00) | (127,686.00) | (127,686.00) | (127,686.00) | (127,686.00) | (1,370,596.00) |
| 4112-0000 | Bad Debt - Apartment | | (960.00) | | (960.00) | | (960.00) | | (960.00) | | (960.00) | | (960.00) | (5,760.00) |
| | NET RENTAL REVENUE | 234,091.48 | 251,705.13 | 271,237.78 | 288,851.43 | 305,689.08 | 326,153.06 | 360,391.04 | 398,255.35 | 399,215.35 | 398,255.35 | 399,215.35 | 398,255.35 | 4,031,315.75 |
| | OTHER INCOME | | | | | | | | | | | | | |
| 4203-0000 | Storage Income | 150.00 | 150.00 | 275.00 | 275.00 | 350.00 | 350.00 | 475.00 | 475.00 | 550.00 | 550.00 | 550.00 | 550.00 | 4,700.00 |
| 4205-0000 | Parking Income | 8,925.00 | 9,675.00 | 10,500.00 | 11,325.00 | 12,075.00 | 13,050.00 | 14,025.00 | 15,075.00 | 15,075.00 | 15,075.00 | 15,075.00 | 15,075.00 | 154,950.00 |
| 4213-0000 | Interest Income S/D | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.12 |
| 4217-0000 | Tenant Late Charges | 262.00 | 262.00 | 262.00 | 262.00 | 262.00 | 262.00 | 262.00 | 262.00 | 262.00 | 262.00 | 262.00 | 262.00 | 3,144.00 |
| 4218-0000 | Bad Check Charges | 35.00 | | 35.00 | | 35.00 | | 35.00 | | 35.00 | | 35.00 | | 210.00 |
| 4221-0000 | Application & Credit Fees | 1,050.00 | 1,050.00 | 1,275.00 | 1,275.00 | 2,025.00 | 1,200.00 | 1,125.00 | 1,200.00 | 825.00 | 600.00 | 1,050.00 | 1,050.00 | 13,725.00 |
| 4225-0000 | Amenities Income | 1,325.00 | 1,325.00 | 1,325.00 | 1,325.00 | 1,590.00 | 1,590.00 | 2,480.00 | 1,500.00 | 1,375.00 | 1,500.00 | 1,000.00 | 750.00 | 17,085.00 |
| 4226-0000 | Clubhouse Income | | 200.00 | 200.00 | 200.00 | | 200.00 | | 200.00 | | 200.00 | | 200.00 | 1,200.00 |
| 4230-0000 | Pet Charges | 1,692.00 | 1,767.00 | 1,850.00 | 1,932.00 | 2,007.00 | 2,105.00 | 1,402.00 | 1,907.00 | 1,507.00 | 1,907.00 | 1,507.00 | 1,907.00 | 21,490.00 |
| 4233-0000 | Transfer Fee | | | | | | 400.00 | | | 400.00 | | | | 800.00 |
| 4235-0004 | Trash Removal Income | 1,100.00 | 1,190.00 | 1,290.00 | 1,400.00 | 1,510.00 | 1,610.00 | 1,740.00 | 1,870.00 | 2,010.00 | 2,010.00 | 2,010.00 | 2,010.00 | 19,750.00 |
| 4245-0000 | Misc. Income | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 2,400.00 |
| 4249-0000 | Guest Suite Income | 300.00 | | 450.00 | 450.00 | 450.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 6,150.00 |
| | TOTAL OTHER INCOME | 15,039.01 | 16,119.01 | 17,462.01 | 18,644.01 | 20,904.01 | 21,167.01 | 22,344.01 | 23,289.01 | 22,839.01 | 22,904.01 | 22,289.01 | 22,604.01 | 245,604.12 |
| | **TOTAL OPERATING REVENUE** | **249,130.49** | **267,824.14** | **288,699.79** | **307,495.44** | **326,593.09** | **347,320.07** | **382,735.05** | **421,544.36** | **422,054.36** | **421,159.36** | **421,504.36** | **420,859.36** | **4,276,919.87** |
| | **EXPENSES** | | | | | | | | | | | | | |
| | RENTAL EXPENSE | | | | | | | | | | | | | |
| 5102-0000 | Advertising - Phone Center | 2,469.00 | 2,469.00 | 2,469.00 | 2,469.00 | 2,469.00 | 2,469.00 | 1,469.00 | 1,469.00 | 1,469.00 | 1,469.00 | 1,469.00 | 1,469.00 | 23,628.00 |
| 5104-0000 | Collateral Materials | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 6,000.00 |
| 5105-0000 | Signs | | 200.00 | | 200.00 | 200.00 | 200.00 | | 200.00 | | 200.00 | | | 1,200.00 |
| 5109-0000 | Apartment Guides | 1,202.00 | 1,202.00 | 1,202.00 | 1,202.00 | 1,202.00 | 1,202.00 | 803.00 | 803.00 | 803.00 | 803.00 | 803.00 | 803.00 | 12,030.00 |
| 5111-0000 | Resident Referrals | 250.00 | | 250.00 | | 250.00 | | 250.00 | | 250.00 | | 250.00 | | 1,500.00 |
| 5112-0000 | Outside Commissions | | 1,911.00 | | 1,911.00 | | 1,911.00 | 1,911.00 | 1,911.00 | | 1,911.00 | | 1,911.00 | 11,466.00 |
| 5115-0000 | Hospitality | 1,732.00 | 1,739.00 | 1,747.00 | 1,754.00 | 1,881.00 | 1,888.00 | 2,186.00 | 2,202.00 | 2,040.00 | 2,002.00 | 1,834.00 | 1,730.00 | 22,735.00 |
| 5116-0000 | Resident Activities | 200.00 | 200.00 | 500.00 | 200.00 | 200.00 | 1,000.00 | 200.00 | 200.00 | 200.00 | 500.00 | 200.00 | 3,500.00 | 7,100.00 |
| 5121-0000 | Internet Advertising | 6,884.00 | 4,910.00 | 5,979.00 | 4,910.00 | 5,229.00 | 9,010.00 | 4,679.00 | 4,679.00 | 4,679.00 | 4,360.00 | 4,679.00 | 4,360.00 | 64,039.00 |
| 5123-0000 | Miscellaneous Marketing | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 10,200.00 |
| | TOTAL RENTAL EXPENSE | 14,087.00 | 13,981.00 | 13,497.00 | 13,996.00 | 12,581.00 | 19,030.00 | 10,937.00 | 12,495.00 | 10,791.00 | 12,595.00 | 10,585.00 | 15,323.00 | 159,898.00 |
| | SALARY EXPENSE | | | | | | | | | | | | | |
| 5201-0000 | Manager Payroll | 5,322.00 | 5,322.00 | 5,322.00 | 5,322.00 | 5,322.00 | 5,322.00 | 5,322.00 | 5,322.00 | 5,322.00 | 5,322.00 | 5,322.00 | 5,318.00 | 63,860.00 |
| 5202-0000 | Assistant Manager Payroll | 3,433.00 | 3,433.00 | 3,433.00 | 3,433.00 | 3,433.00 | 3,433.00 | 3,433.00 | 3,433.00 | 3,433.00 | 3,433.00 | 3,433.00 | 3,437.00 | 41,200.00 |
| 5205-0000 | Sales & Service Assoc Payroll | 6,868.00 | 6,868.00 | 6,868.00 | 6,868.00 | 6,868.00 | 6,868.00 | 6,868.00 | 6,868.00 | 6,868.00 | 6,868.00 | 6,868.00 | 6,868.00 | 82,416.00 |
| 5206-0000 | Bonus Management | 7,655.00 | 2,355.00 | 2,355.00 | 2,355.00 | 2,901.00 | 2,901.00 | 10,147.00 | 4,875.00 | 4,525.00 | 4,875.00 | 3,300.00 | 2,775.00 | 51,019.00 |
| 5208-0000 | Front Desk/Concierge Payroll | 15,728.00 | 15,728.00 | 15,728.00 | 15,728.00 | 15,728.00 | 15,728.00 | 15,728.00 | 15,728.00 | 15,728.00 | 15,728.00 | 15,728.00 | 15,729.00 | 188,737.00 |
| 5210-0000 | Benefit Charge | 8,916.00 | 8,916.00 | 8,916.00 | 8,916.00 | 8,916.00 | 8,916.00 | 8,916.00 | 8,916.00 | 8,916.00 | 8,916.00 | 8,916.00 | 8,920.00 | 106,996.00 |
| 5212-0000 | Service Manager Payroll | 5,236.00 | 5,236.00 | 5,236.00 | 5,236.00 | 5,236.00 | 5,236.00 | 5,236.00 | 5,236.00 | 5,236.00 | 5,236.00 | 5,236.00 | 5,234.00 | 62,830.00 |
| 5213-0000 | Assistant Service Mgr Payroll | 3,862.00 | 3,862.00 | 3,862.00 | 3,862.00 | 3,862.00 | 3,862.00 | 3,862.00 | 3,862.00 | 3,862.00 | 3,862.00 | 3,862.00 | 3,868.00 | 46,350.00 |
| | TOTAL SALARY EXPENSE | 57,020.00 | 51,720.00 | 51,720.00 | 51,720.00 | 52,266.00 | 52,266.00 | 59,512.00 | 54,240.00 | 53,890.00 | 54,240.00 | 52,665.00 | 52,149.00 | 643,408.00 |

Page 1 of 3

CONFIDENTIAL

TIAA055434

000029

3/27/2013 10:43 AM

Loree Grand Res & Ret ( loree)
**Budget**
Period = Jan 2011-Dec 2011
Book = Accrual

| Account | Description | Jan-11 | Feb-11 | Mar-11 | Apr-11 | May-11 | Jun-11 | Jul-11 | Aug-11 | Sep-11 | Oct-11 | Nov-11 | Dec-11 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ADMINISTRATIVE EXP | | | | | | | | | | | | | |
| 5301-0000 | Employee Recruiting | - | - | - | - | - | - | - | - | - | - | - | 500.00 | 500.00 |
| 5302-0000 | Resident Credit Checks | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 15,500.00 |
| 5303-0000 | Employee Relations | 800.00 | 240.00 | 320.00 | 1,440.00 | 275.00 | 1,175.00 | 275.00 | 320.00 | 800.00 | 150.00 | 150.00 | 900.00 | 6,845.00 |
| 5305-0000 | Uniforms/Career Apparel | 897.00 | - | - | - | 500.00 | - | - | - | 200.00 | - | - | - | 1,597.00 |
| 5306-0000 | Shopping Reports | 460.00 | - | - | 460.00 | - | - | 460.00 | - | - | 460.00 | - | - | 1,840.00 |
| 5310-0000 | Licenses & Fees | - | - | 5,400.00 | - | - | - | - | - | - | - | - | - | 5,400.00 |
| 5313-0000 | Office Supplies | 275.00 | 275.00 | 275.00 | 275.00 | 275.00 | 275.00 | 275.00 | 275.00 | 275.00 | 275.00 | 275.00 | 275.00 | 3,300.00 |
| 5314-0000 | Office Forms | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 1,200.00 |
| 5315-0000 | IT Expense | 1,484.00 | - | - | 500.00 | - | - | 500.00 | - | - | 500.00 | - | - | 2,984.00 |
| 5318-0000 | Postage/Courier Expense | 275.00 | 275.00 | 275.00 | 275.00 | 275.00 | 275.00 | 275.00 | 275.00 | 275.00 | 275.00 | 275.00 | 275.00 | 3,300.00 |
| 5319-0000 | Travel | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 240.00 |
| 5320-0000 | Telephone Exp - Office | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 10,200.00 |
| 5325-0000 | Legal Expense - General | - | - | 500.00 | - | 500.00 | 500.00 | - | - | 500.00 | - | - | 500.00 | 2,000.00 |
| 5330-0000 | Bank Charges | 220.00 | 220.00 | 220.00 | 220.00 | 220.00 | 220.00 | 220.00 | 220.00 | 220.00 | 220.00 | 220.00 | 220.00 | 2,640.00 |
| 5331-0000 | Credit Card Charge | 82.00 | 82.00 | 82.00 | 82.00 | 97.00 | 86.00 | 103.00 | 91.00 | 76.00 | 73.00 | 72.00 | 64.00 | 990.00 |
| 5359-0000 | Miscellaneous G & A | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 3,600.00 |
| 5361-0000 | Copy/Printing Expense | 220.00 | 220.00 | 220.00 | 220.00 | 220.00 | 220.00 | 220.00 | 220.00 | 220.00 | 220.00 | 220.00 | 220.00 | 2,640.00 |
| | TOTAL ADMINISTRATIVE EXP | 7,483.00 | 4,082.00 | 10,062.00 | 6,242.00 | 4,632.00 | 6,021.00 | 5,098.00 | 3,671.00 | 4,836.00 | 4,443.00 | 3,482.00 | 4,724.00 | 64,776.00 |
| | MANAGEMENT FEE | | | | | | | | | | | | | |
| 5401-0000 | Management Fee | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 132,000.00 |
| | TOTAL MANAGEMENT FEE | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | 132,000.00 |
| | MAINTENANCE EXPENSE | | | | | | | | | | | | | |
| 5501-0000 | T/O Apt Turnover Contract | 4,748.00 | 4,748.00 | 4,748.00 | 4,748.00 | 4,748.00 | 5,336.00 | 5,634.00 | 5,650.00 | 5,588.00 | 5,650.00 | 5,382.00 | 5,278.00 | 62,258.00 |
| 5502-0000 | T/O Apt Cleaning Supplies | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 1,800.00 |
| 5503-0000 | T/O Carpet Cleaning | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 375.00 | 550.00 | 525.00 | 550.00 | 450.00 | 400.00 | 4,350.00 |
| 5505-0000 | T/O Interior Painting | 800.00 | - | 800.00 | - | 800.00 | - | 800.00 | 3,060.00 | 3,605.00 | 3,060.00 | 2,840.00 | 1,530.00 | 17,295.00 |
| 5508-0000 | Exterminating Contract | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 3,000.00 |
| 5509-0000 | Trash Removal | 1,720.00 | 1,720.00 | 1,720.00 | 1,720.00 | 1,720.00 | 1,720.00 | 1,720.00 | 1,720.00 | 1,720.00 | 1,720.00 | 1,720.00 | 1,720.00 | 20,640.00 |
| 5513-0000 | Landscaping Contract | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 2,900.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 2,900.00 | 1,400.00 | 1,400.00 | 19,800.00 |
| 5514-0000 | Ground Supplies | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 360.00 |
| 5516-0000 | Snow Removal | 1,500.00 | 1,500.00 | - | - | - | - | - | - | 800.00 | - | - | - | 3,800.00 |
| 5520-0000 | Electrical R&M | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 6,000.00 |
| 5522-0000 | HVAC R&M | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 500.00 | 100.00 | 500.00 | 100.00 | 500.00 | 100.00 | 2,800.00 |
| 5523-0000 | Appliance R&M | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 480.00 |
| 5524-0000 | Plumbing R&M | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 2,400.00 |
| 5525-0000 | Locks/Keys | - | 50.00 | - | 50.00 | 50.00 | 50.00 | 500.00 | 50.00 | 50.00 | 50.00 | - | 50.00 | 800.00 |
| 5527-0000 | General Building R&M | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 1,200.00 |
| 5533-0000 | Garage Door R&M | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 3,600.00 |
| 5534-0000 | Vinyl/Tile Repair | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 600.00 |
| 5536-0000 | Security/Fire Prevention | 700.00 | - | - | 700.00 | - | - | 5,200.00 | - | - | 700.00 | - | - | 7,300.00 |
| 5538-0000 | Elevator Contract | - | - | - | 1,760.00 | 1,760.00 | 1,760.00 | 1,760.00 | 1,760.00 | 1,760.00 | 1,760.00 | 1,760.00 | 1,760.00 | 15,840.00 |
| 5540-0000 | Equipment/Tools | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 300.00 |
| 5541-3000 | Window Cleaning Contract | - | - | - | 4,000.00 | - | - | - | - | - | 4,000.00 | - | - | 8,000.00 |
| 5555-0000 | Miscellaneous Maintenance | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 2,400.00 |
| | TOTAL MAINTENANCE EXPENSE | 13,063.00 | 11,613.00 | 10,863.00 | 16,573.00 | 14,523.00 | 12,461.00 | 19,734.00 | 16,135.00 | 17,743.00 | 22,335.00 | 15,897.00 | 14,083.00 | 185,023.00 |
| | UTILITY EXPENSE | | | | | | | | | | | | | |
| 5602-0000 | Electricity - Models | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 5,400.00 |
| 5603-0000 | Electricity - Housemeters | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 180,000.00 |
| 5604-0000 | Electricity - Vacants | 6,975.00 | 6,225.00 | 5,400.00 | 4,575.00 | 3,825.00 | 2,850.00 | 1,875.00 | 825.00 | 825.00 | 825.00 | 825.00 | 825.00 | 35,850.00 |
| 5608-0000 | Gas - Housemeters | 600.00 | 600.00 | 400.00 | 300.00 | 200.00 | 100.00 | 100.00 | 100.00 | 100.00 | 300.00 | 600.00 | 600.00 | 4,000.00 |
| 5617-0000 | Water and Sewer | 4,165.00 | 4,515.00 | 4,900.00 | 5,285.00 | 5,635.00 | 6,090.00 | 6,545.00 | 7,035.00 | 7,035.00 | 7,035.00 | 7,035.00 | 7,035.00 | 72,310.00 |
| 5619-0000 | Water/Sewer Reimb | (3,748.00) | (4,063.00) | (4,410.00) | (4,756.00) | (5,071.00) | (5,481.00) | (5,890.00) | (6,331.00) | (6,331.00) | (6,331.00) | (6,331.00) | (6,331.00) | (65,074.00) |

CONFIDENTIAL

TIAA055435

000030

3/27/2013 10:43 AM

Loree Grand Res & Ret (Loree)
**Budget**
Period = Jan 2011 Dec 2011
Book = Accrual

| | | Jan-11 | Feb-11 | Mar-11 | Apr-11 | May-11 | Jun-11 | Jul-11 | Aug-11 | Sep-11 | Oct-11 | Nov-11 | Dec-11 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TOTAL UTILITY EXPENSE | 23,442.00 | 22,727.00 | 21,740.00 | 20,854.00 | 20,039.00 | 19,009.00 | 18,080.00 | 17,079.00 | 17,079.00 | 17,279.00 | 17,579.00 | 17,579.00 | 232,486.00 |
| | R/E TAXES & INSURANCE | | | | | | | | | | | | | |
| 5701-0000 | Real Estate Taxes | 20,618.00 | 20,618.00 | 20,618.00 | 20,618.00 | 20,618.00 | 20,618.00 | 20,618.00 | 20,618.00 | 20,618.00 | 23,136.00 | 23,136.00 | 23,136.00 | 254,970.00 |
| 5704-0000 | Business License | 426.00 | 426.00 | 426.00 | 426.00 | 426.00 | 426.00 | 426.00 | 426.00 | 426.00 | 426.00 | 426.00 | 426.00 | 5,112.00 |
| 5731-0000 | Liability Insurance | 4,989.00 | 4,989.00 | 5,438.00 | 5,438.00 | 5,438.00 | 5,438.00 | 5,438.00 | 5,438.00 | 5,438.00 | 5,438.00 | 5,438.00 | 5,438.00 | 64,358.00 |
| | TOTAL R/E TAXES & INSURANCE | 26,033.00 | 26,033.00 | 26,482.00 | 26,482.00 | 26,482.00 | 26,482.00 | 26,482.00 | 26,482.00 | 26,482.00 | 29,000.00 | 29,000.00 | 29,000.00 | 324,440.00 |
| | **TOTAL OPERATING EXPENSES** | 152,128.00 | 141,156.00 | 145,364.00 | 146,867.00 | 141,523.00 | 146,269.00 | 150,843.00 | 141,102.00 | 141,821.00 | 150,892.00 | 140,208.00 | 143,858.00 | 1,742,031.00 |
| | NET OPERATING INCOME | 97,002.49 | 126,668.14 | 143,335.79 | 160,628.44 | 185,070.09 | 201,051.07 | 231,892.05 | 280,442.36 | 280,233.36 | 270,267.36 | 281,296.36 | 277,001.36 | 2,534,888.87 |
| | PROPERTY IMPROVEMENTS | | | | | | | | | | | | | |
| 6003-1000 | PI - Clubhouse - Exterior | | | | 15,000.00 | | | | | | | | | 15,000.00 |
| 6005-1000 | PI - Common Area Carpet Repl | | | | | 2,500.00 | | | | | | | | 2,500.00 |
| 6029-0000 | PI - Electrical | 3,000.00 | | | | | | | | | | | | 3,000.00 |
| 6058-0000 | PI - Other | 2,000.00 | | | 4,530.00 | | | | | | | | | 6,530.00 |
| | TOTAL PROP IMPROVEMENTS | 5,000.00 | | | 19,530.00 | 2,500.00 | | | | | | | | 27,030.00 |
| | **NOI BEFORE FINANCING** | 92,002.49 | 126,668.14 | 143,335.79 | 141,098.44 | 182,570.09 | 201,051.07 | 231,892.05 | 280,442.36 | 280,233.36 | 270,267.36 | 281,296.36 | 277,001.36 | 2,507,858.87 |
| | NOI BEFORE DEPR/AMORT | 92,002.49 | 126,668.14 | 143,335.79 | 141,098.44 | 182,570.09 | 201,051.07 | 231,892.05 | 280,442.36 | 280,233.36 | 270,267.36 | 281,296.36 | 277,001.36 | 2,507,858.87 |
| | **NET INCOME** | 92,002.49 | 126,668.14 | 143,335.79 | 141,098.44 | 182,570.09 | 201,051.07 | 231,892.05 | 280,442.36 | 280,233.36 | 270,267.36 | 281,296.36 | 277,001.36 | 2,507,858.87 |
| | **NET CASHFLOW** | 92,002.49 | 126,668.14 | 143,335.79 | 141,098.44 | 182,570.09 | 201,051.07 | 231,892.05 | 280,442.36 | 280,233.36 | 270,267.36 | 281,296.36 | 277,001.36 | 2,507,858.87 |

CONFIDENTIAL

TIAA055436