# EXHIBIT 35

# SEYFARTH SHAW
ATTORNEYS LLP

975 F Street, N.W.
Washington, D.C. 20004-1454
(202) 463-2400
fax (202) 828-5393
www.seyfarth.com

Writer's direct phone
(202) 828-5320

Writer's e-mail
rgart@seyfarth.com

February 22, 2012

Union North Phase I, LLC
c/o Ronald J. Cohen Management Company
2701 Tower Oaks Boulevard, Suite 200
Rockville, MD 20852
Attn: Ronald J. Cohen

*Via Federal Express and Electronic Mail*

Re: Notice to Union North Phase I, LLC ("Cohen") of one or more Removal Events and Substitution of Operating Member

Dear Mr. Cohen:

We are writing to you as legal counsel to TIAA Union Place I, LLC ("Investor Member") in connection with Union Place Phase I, LLC ("Company"). All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in that certain Limited Liability Agreement of Union Place Phase I, LLC, dated January 31, 2007 ("Operating Agreement").

Please be advised that pursuant to the provisions of Section 4.4(b) of the Operating Agreement, Investor Member hereby informs you of multiple Removal Events, as follows:

1. failure of Cohen to make Additional Capital Contributions under Section 6.2 of the Operating Agreement;

2. misapplication of funds by Cohen derived from the Property, as evidenced, inter alia, by (i) Cohen causing Company to pay real estate taxes on property owned by an affiliate of Cohen, (ii) Cohen wrongfully depositing and applying a real estate tax refund due to Company to the benefit of Ronald Cohen Management Company; (iii) Cohen causing Company to overpay Ronald Cohen Management Company and not obtaining a refund thereof, and (iv) Cohen causing Company to overpay ADC Builders, Inc., an affiliate of Cohen; and

3. intentional commingling of funds by Cohen derived from the Property, as evidenced, inter alia by arranging for Ronald Cohen Management Company to incur expenses on behalf of Company and use of Company accounts to pay such expenses as funneled through Ronald Cohen Management Company.

Additionally, Cohen (i) caused Company to breach the terms of Section 15.2 of that certain Loan Agreement between Company and Westdeutsche ImmobilienBank AG, dated May 23, 2008 ("Loan Agreement"); (ii) wrongfully executed a change order in the general construction contract with ADC Builders, Inc. in violation of Section 4.1(b)(11) of the Operating Agreement; (iii) breached Section 4.10(b) of the Operating Agreement by, inter alia, wrongfully using Company funds to pay the expenses of Cohen

14151807v.6



KST 011188



Union North Phase 1, LLC
Attn: Ronald J. Cohen
February 22, 2012
Page 2

affiliates; and (iv) breached Section 4.1(c) of the Operating Agreement by, inter alia, failing to use commercially reasonable efforts to minimize Operating Expenses, in the best interest of the Company and without conflict of interest, and by failing to conduct affairs of the Company in accordance with good industry practice.

The foregoing is not intended to be an exhaustive list of Removal Events.

In furtherance of the foregoing, we point you to emails from the Cohen Companies falsely stating that Operating Member's contributions for 2011 had been made and then acknowledging the failure to make contributions and requesting that such contributions be treated as accounts receivable. Please be advised that Investor Member reserves the right to make a Default Loan as permitted by the terms of the Operating Agreement.

Investor Member hereby elects to remove Cohen as "Operating Member" effective as of February 27, 2012 ("Effective Date") and to replace Cohen with Investor Member. You are instructed to deliver all books and records of Company to Investor Member at the address listed for Notices in the Operating Agreement and to cease taking any action on behalf of Company unless expressly instructed in writing to do otherwise by Investor Member, all as of the Effective Date. Further, effective immediately, you are hereby instructed not to withdraw any funds from any Company bank account(s) or incur additional expenses on behalf of Company without the prior written approval of Investor Member.

Investor Members shall hold Cohen and its affiliates responsible for all damages it or Company may suffer in connection with the acts and omissions of Operating Member and its affiliates. Investor Member reserves all rights and remedies under the Operating Agreement, at law and in equity.

Sincerely,

SEYFARTH SHAW LLP

Ronald S. Gart

cc:  Michael Hollander, Esq.
c/o Ronald J. Cohen Management Company
2701 Tower Oaks Boulevard, Suite 200
Rockville MD 20852

Kimberly J. Owens, Esq.
Evangeline Y. Taylor
Scott E. Anderson

14151807v.6

KST 011189