# **EXHIBIT 36**

# SEYFARTH SHAW LLP
ATTORNEYS

975 F Street, N.W.
Washington, D.C. 20004-1454
(202) 463-2400
fax (202) 828-5393
www.seyfarth.com

Writer's direct phone
(202) 828-5320
Writer's e-mail
rgart@seyfarth.com

March 9, 2012

*Via Federal Express (Saturday Delivery)*
*and Electronic Mail*

Union North Phase I, LLC
c/o Ronald J. Cohen Management Company
2701 Tower Oaks Boulevard, Suite 200
Rockville, MD 20852
Attn: Ronald J. Cohen

    Re:    Removal of Union North Phase I, LLC ("Cohen Member") and Substitution of TIAA Union Place I, LLC ("Investor Member" and "TIAA") as Operating Member of Union Place Phase I, LLC ("Company")

Dear Mr. Cohen:

    This is to supplement our letter of February 22, 2012, and the meeting that occurred in our offices on February 29, 2012. Originally TIAA intended for the removal of the Cohen Member as Operating Member of the Company be effective February 27, 2012, however, in order to provide the Cohen Member the opportunity to address the Removal Events and, thereafter, an opportunity to cure those Removal Events to which a notice and cure applied pursuant to the Operating Agreement, TIAA refrained from immediately effectuating the removal. For the avoidance of doubt, TIAA was not required to afford the Cohen Member notice and cure rights regarding the Removal Events relating to additional capital contributions, commingling of funds or misapplication of funds. In any event, TIAA has not received any evidence regarding the Cohen Member's additional capital contribution, notwithstanding the Cohen Member's assurance that it would provide such evidence, nor has any evidence been provided that Cohen Member and its affiliates and agents did not commingle or misapply the Company's funds.

    As legal counsel to Investor Member, we are writing to reiterate that the Cohen Member is hereby removed as Operating Member of the Company and is to immediately cease and desist from taking any actions on behalf of the Company. Further, effective immediately, Investor Member shall act as the Operating Member under that certain Limited Liability Agreement of Union Place Phase I, LLC, dated January 31, 2007 ("Operating Agreement").

BRUSSELS | WASHINGTON, D.C. | SAN FRANCISCO | SACRAMENTO | NEW YORK | LOS ANGELES | HOUSTON | CHICAGO | BOSTON | ATLANTA

14151807v.9

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK 

KST 014336



Union North Phase I, LLC<br>
Attn: Ronald J. Cohen<br>
March 9, 2012<br>
Page 2

You are instructed to immediately deliver all (i) books and records of the Company and (ii) contact information for all vendors to the Company, to TIAA at the address listed for Notices in the Operating Agreement and to cooperate with Investor Member in effectuating the transition to Investor Member. Your cooperation or lack thereof likely will have a direct bearing on the damages Investor Member and the Company will continue to suffer in connection with the Removal Events.

Investor Member shall hold Cohen Member, its owners, affiliates and agents responsible for all damages it and/or the Company may suffer in connection with the acts and omissions of Operating Member, its owners, affiliates and agents. Investor Member reserves all rights and remedies under the Operating Agreement, at law and in equity.

Sincerely,

SEYFARTH SHAW LLP

Ronald S. Gart

cc: Michael Hollander, Esq.
c/o Ronald J. Cohen Management Company
2701 Tower Oaks Boulevard, Suite 200
Rockville MD 20852

Kimberly J. Owens, Esq.
Evangeline Y. Taylor
Scott E. Anderson

14151807v 9

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK

KST 014337