# EXHIBIT 37



March 12, 2012

VIA EMAIL (rgart@seyfarth.com )

Ronald S, Gart, Esq
Seyfarth Shaw LLP
975 F. Street, N.N.
Washington, DC 20004

Dear Ron:

I am in receipt of your letter dated March 9, 2012 relating to the removal of Union North Phase I, LLC as Operating Member of Union Place Phase I, LLC and our failure to provide the information that we promised to deliver during our meeting on February 29, for which we are most apologetic, as external circumstances have hindered our ability to promptly respond.

We are in the process of vacating our current offices, moving 12,000 square feet of furniture, files and equipment in a rather rushed fashion, as we have been unable to gain an extension of our present occupancy. Although not an excuse for neglecting to provide you with the requested information, please understand that the current physical disarray in our offices, coupled with files having been boxed for the movers forcing us to move through a maze of stacked banker's boxes, has forced our attentions to be diverted from normal course of business here.

We request that you not immediately continue to pursue the actions stated in your letter, and refrain for a while longer in attempting to effectuate the removal of Union North Phase I, LLC as Operating Member while you await our responses, which should be available to you and your client by close of business Wednesday. Our interest in continuing in that position is the continued smooth operations at the Loree Grand project, which we have been overseeing since its completion without incident, and assuring that future value and our interest in seeing the project reaching the investment return goals are met.

Your consideration of these matters, and the best interests of the project, is therefore, respectfully requested.

Very truly yours,

Ronald J. Cohen

cc:    Michael P. Hollander, Esq.

2701 Tower Oaks Boulevard • Suite 200 • Rockville, MD 20852
301.692.1900 voice • 301-692-1901 fax