# EXHIBIT 38

```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLUMBIA

 3      -------------------------------:
                                       :
 4      K STREET DEVELOPERS, LLC,      :
        and                            :
 5      UNION NORTH PHASE I, LLC,      :
                                       :
 6              Plaintiffs,            :   Case No.:
                                       :
 7              VS.                    :   1:12-CV-00666
                                       :
 8      TEACHERS INSURANCE AND         :
        ANNUITY ASSOCIATION OF         :
 9      AMERICA, et al.,               :
                                       :
10              Defendants.            :
                                       :
11      -------------------------------:

12                                        Washington, D.C.

13                                     Thursday, August 1, 2013

14      Deposition of:

15                  DAVID J. OTTENBREIT,

16      called for oral examination by counsel for the

17      Plaintiffs, pursuant to notice, at Seyfarth Shaw,

18      LLP, 975 F Street, NW, Washington, D.C. before Sherry

19      L. Brooks, CLR, of Capital Reporting Company, a

20      Notary Public in and for the District of Columbia,

21      beginning at 9:52 a.m., when were present on behalf

22      of the respective parties:
```

33

15    Q.   Capital contributions on page 15 of your

16  report.  "On four separate occasions, TIAA made

17  capital contributions to fund the kitchen on K

18  buildout totaling 774" -- "$776,611.78."

19       You understand that there's no dispute on

20  that factual statement?  Everybody agrees that that's

21  what happened.

22    A.   I think I was unaware whether or not there

34

1  was no dispute or there was a dispute.
2          That's a factual amount.  I've seen
3  invoices and a general ledger and accounting records
4  that support that TIAA funded the kitchen on K
5  buildout to the total of $776,611.78.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

42

CERTIFICATE OF NOTARY PUBLIC

I, SHERRY L. BROOKS, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me in stenotype and thereafter reduced to typewriting under my direction; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

                         _____
                             SHERRY L. BROOKS
                    Notary Public in and for the
                           District of Columbia

My Commission Expires:
November 14, 2015

43

ACKNOWLEDGEMENT OF DEPONENT

I, DAVID J. OTTENBREIT, do hereby acknowledge I have read and examined the foregoing pages of testimony, and the same is a true, correct and complete transcription of the testimony given by me, and any changes of corrections, if any, appear in the attached errata sheet signed by me.

_____        _____
Date                          DAVID J. OTTENBREIT

44

1  Rebecca Woods, Esq.
   Seyfarth Shaw, LLP
2  975 F Street, NW
   Washington, D.C.  20004
3

4  IN RE:  K Street Developers, LLC, et al. vs.
           TIAA of America, et al.
5

6  Dear Ms. Woods:

7       Enclosed please find your copy of the deposition

8  of DAVID J. OTTENBREIT, along with the original

9  signature page.  As agreed, you will be responsible

10 for contacting the witness regarding signature.

11      Within 30 days of WEDNESDAY, AUGUST 14, 2013,

12 please forward errata sheet and original signed

13 signature page to counsel for PLAINTIFF, DALE A.

14 COOTER.

15      If you have any questions, please do not

16 hesitate to call.  Thank you.

17
   Yours,
18

19 Sherry L. Brooks, CLR
   Reporter/Notary
20

21 cc:  Dale A. Cooter, Esq.

22

Ottenbreit, David 8-01-13

```
                                                              45
 1   Capital Reporting Company
     1821 Jefferson Place, Northwest
 2   Third Floor

 3   Washington, D.C.  20036

 4   (202) 857-DEPO

 5              E R R A T A   S H E E T

 6   Case Name:  K STREET DEVELOPERS, LLC, ET AL. V.
                 TIAA OF AMERICA, ET AL.
 7
     Witness Name:  DAVID J. OTTENBREIT
 8
     Deposition Date:  Thursday, August 1, 2013
 9
     Page No.   Line No.         Change/Reason for Change
10

11

12

13

14

15

16

17

18

19

20

21
     _____        _____
22   Signature                      Date
```