# EXHIBIT 39

| | |
|---|---|
| **From:** | Alex Diaz </O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ALEX DIAZ810> |
| **Sent:** | Tuesday, February 7, 2012 4:00 PM |
| **To:** | Taylor, Evangeline <ytaylor@tiaa-cref.org> |
| **Subject:** | RE: List of Contribution and Distribution |

No distributions have been made. We will be asking WestImmo to extend the loan for an additional year in May 2012. With respect to this 2nd extension, the project must achieve the hurdle DSCR for the last 2 consecutive quarters or the amount of the loan must be paid down In order to achieve the hurdle DSCR. The hurdle DSCR is defined in our loan documents as Debt Service Coverage Ratio of 1.20 to 1.00 or greater. The last 2 consecutive quarters before the extension date will be the quarters ending December 2011 and March 2012. Once the results are in for these 2 quarters, I will have a better idea if we meet the 1.20 to 1.00 coverage ratio and what amount of the loan will need to be pay down if any. Call me with any questions.

Alex Diaz
The Cohen Companies
Chief Financial Officer
2701 Tower Oaks Blvd, Suite 200
Rockville, MD 20852
301-692-1900
301-692-1901 Fax
Adiaz@cohencompanies.com

**From:** Taylor, Evangeline [mailto:ytaylor@tiaa-cref.org]
**Sent:** Tuesday, February 07, 2012 2:48 PM
**To:** Alex Diaz
**Subject:** RE: List of Contribution and Distribution

That was prior to the property being stabilized during construction. The property has been stabilized since July 2011 and we have not received any distribution?

Evangeline Yvonne Taylor
Director | Asset Management
**TIAA-CREF | Financial Services for the Greater Good**
8500 Andrew Carnegie Blvd | 3rd Fl North
Charlotte, NC 28262
T: (704) 988-1917
F: (704) 988-4917
M: (704) 576-4485
ytaylor@tiaa-cref.org

**From:** Alex Diaz [mailto:Alex@cohencompanies.com]
**Sent:** Tuesday, February 07, 2012 2:41 PM
**To:** Taylor, Evangeline
**Subject:** RE: List of Contribution and Distribution

**I HIGHLIGHTED THE DISTRIBUTION MADE TO TIAA BELOW.**

Alex Diaz
The Cohen Companies
Chief Financial Officer
2701 Tower Oaks Blvd, Suite 200
Rockville, MD 20852

KST 003710

301-692-1900  
301-692-1901 Fax  
Adiaz@cohencompanies.com

**From:** Taylor, Evangeline [mailto:ytaylor@tiaa-cref.org]  
**Sent:** Tuesday, February 07, 2012 2:38 PM  
**To:** Alex Diaz; Reddy, Deepa S  
**Cc:** Hazel-Yates, Phillipa  
**Subject:** RE: List of Contribution and Distribution

Hi Alex:

TIAA has only made contributions but I do no see any distributions to TIAA?

Evangeline Yvonne Taylor  
Director | Asset Management  
**TIAA-CREF | Financial Services for the Greater Good**  
8500 Andrew Carnegie Blvd | 3rd Fl North  
Charlotte, NC  28262  
T: (704) 988-1917  
F: (704) 988-4917  
M: (704) 576-4485  
ytaylor@tiaa-cref.org

**From:** Alex Diaz [mailto:Alex@cohencompanies.com]  
**Sent:** Monday, February 06, 2012 2:58 PM  
**To:** Reddy, Deepa S  
**Cc:** Taylor, Evangeline; Hazel-Yates, Phillipa  
**Subject:** RE: List of Contribution and Distribution

## I have enclosed the list of contributions and distributions for TIAA per your request:

| Date | Description | Amount |
|---|---|---|
| 2/1/2007 | Settlement: Union Pl, DC | (49,500.00) |
| 2/1/2007 | Settlement: Union Pl, DC | 16,138,348.22 |
| 10/22/2007 | TIAA Cap Contribution | 1,178,769.00 |
| 12/21/2007 | TIAA RE Teachers Contrib | 2,016,144.00 |
| 2/6/2008 | Cap Contribution | 945,817.00 |
| 3/7/2008 | Wire fr TIAA | 973,173.00 |
| 4/16/2008 | Reimb RCMC | 563,895.00 |
| **6/9/2008** | **Wired: Teachers Fund** | **(3,696,413.99)** |
| 2/19/2009 | Wire fr TIAA | 413,719.00 |
| 3/12/2009 | Wire from TIAA | 413,719.00 |
| 3/25/2009 | Wire fr TIAA | 413,719.00 |
| 5/6/2009 | Wire: TIAA | 413,719.00 |
| 5/26/2009 | Wire: TIAA | 413,719.00 |
| 5/3/2011 | TIAA | 250,689.86 |
| 6/7/2011 | TIAA | 323,502.61 |
| 7/18/2011 | Kitchen on K | 123,640.30 |
| 8/23/2011 | Kitchen on K | 78,779.01 |

KST 003711

|  |  |
|---|---|
| 2007 audit adj. | 1.10 |
|  | 20,915,440.11 |

Alex Diaz
The Cohen Companies
Chief Financial Officer
2701 Tower Oaks Blvd, Suite 200
Rockville, MD 20852
301-692-1900
301-692-1901 Fax
Adiaz@cohencompanies.com

**From:** Reddy, Deepa S [mailto:DReddy@tiaa-cref.org]
**Sent:** Friday, February 03, 2012 3:31 PM
**To:** Alex Diaz
**Cc:** Taylor, Evangeline; Hazel-Yates, Phillipa
**Subject:** List of Contribution and Distribution

Alex

Can you please send us a list of Contribution and Distributions from inception for Union Place?

Thanks you for your help in advance.

Deepa Reddy
Senior, Real Estate Accounting
TIAA-CREF I Financial Services for the Greater Good

8625 Andrew Carnegie Boulevard || E1-N6
First Floor
Charlotte, NC 28262
Tel: 704-988-4660
Fax: 704-988-4920
DReddy@tiaa-cref.org

******************************************************************
This e-mail may contain confidential or privileged information.
If you are not the intended recipient, please notify the sender
immediately and then delete it.

TIAA-CREF
******************************************************************


******************************************************************
This e-mail may contain confidential or privileged information.
If you are not the intended recipient, please notify the sender immediately and then delete it.

TIAA-CREF
******************************************************************


******************************************************************

KST 003712