# EXHIBIT 41

Outlook E-mail

**From:** Alan Cohen
**Sent:** 4/27/2011 3:23:22 PM
**To:** Taylor, Evangeline
**Cc:** Gary Woodward
**Subject:** RE: Colorado Kitchen

We have already paid out of pocket NOT reflected in the attached 58K.

Alan D Cohen

ADC Builders Inc

2701 Tower Oaks Blvd

Suite 200

Rockville, Maryland 20852

V 301-692-4000

F 301-692-4001

acohen@cohencompanies.com

www.adcbuilders.com

**From:** Taylor, Evangeline [mailto:ytaylor@tiaa-cref.org]
**Sent:** Wednesday, April 27, 2011 3:18 PM
**To:** Alan Cohen
**Cc:** Gary Woodward
**Subject:** RE: Colorado Kitchen

Hi Alan:

    Is TIAA's share 90% of all the invoices?

Thanks

Evangeline Yvonne Taylor

Director | Asset Management

**TIAA-CREF | Financial Services for the Greater Good**

8500 Andrew Carnegie Blvd | 3 Ti North

Charlotte, NC 28262

T: (704) 988-1917

F: (704) 988-4917

M: (704) 576-4485

ytaylor@tiaa-cref.org

---

**From:** Alan Cohen [mailto:acohen@cohencompanies.com]
**Sent:** Wednesday, April 27, 2011 3:15 PM
**To:** Taylor, Evangeline
**Cc:** Gary Woodward
**Subject:** FW: Colorado Kitchen

PLEASE ALSO IF YOU CAN PROCESS FOR PAYMENT BROKERAGE, LEGAL AND TRASH ROOM...

Thanks.

Alan D Cohen

ADC Builders Inc

2701 Tower Oaks Blvd

Suite 200

Rockville, Maryland 20852

V 301-692-4000

F 301-692-4001

acohen@cohencompanies.com

www.adcbuilders.com

**From:** Gary Woodward
**Sent:** Wednesday, April 27, 2011 3:11 PM
**To:** Alan Cohen
**Subject:** RE: Colorado Kitchen

Total Costs $769,425.75 attached.

(Brokerage Fees: $30,436.60, Legal Bills $4,341.15, Trash Room $30,354.00, Remaining Hard & Soft costs $704,294.00)

**From:** Alan Cohen
**Sent:** Monday, April 25, 2011 6:31 PM
**To:** Gary Woodward
**Subject:** Fw: Colorado Kitchen

In the morning we will discuss
Alan D Cohen
ADC Builders Inc

**From:** Taylor, Evangeline [mailto:ytaylor@tiaa-cref.org]
**Sent:** Monday, April 25, 2011 05:57 PM
**To:** Alan Cohen
**Subject:** Colorado Kitchen

Hi Alan:

Hope all is well. You know that in order to move funds here I need lots of documents, normally these funds could have been wired but due to its joint venture nature additional info is required. I will need the following information in order to process payment for Colorado Kitchen's tenant improvement funds.

What is the total amount of capital for tenant improvements?

What is the total amount of brokerage fees to be paid? Other than KLNB Retail, LLC were there any other brokers on the deal? If so what amount is due to them as well.

Are there any other costs that will be incurred other than the two mentioned above such as legal fees, architectural etc?

When does the actual lease commence?

Once I have this information the funds can be wired within 24 hours.

Thanks

Evangeline Yvonne Taylor

Director | Asset Management

**TIAA-CREF | Financial Services for the Greater Good**

8500 Andrew Carnegie Blvd | 3rd Fl North

Charlotte, NC 28262

T: (704) 988-1917

F: (704) 988-4917

M: (704) 576-4485

ytaylor@tiaa-cref.org

********************************************************************
This e-mail may contain confidential or privileged information.
If you are not the intended recipient, please notify the sender immediately and then delete it.

TIAA-CREF
********************************************************************

********************************************************************
This e-mail may contain confidential or privileged information.
If you are not the intended recipient, please notify the sender immediately and then delete it.

TIAA-CREF
********************************************************************