# EXHIBIT 42

Outlook E mail

**From:** Alan Cohen
**Sent:** 6/6/2011 11:37:52 AM
**To:** Taylor, Evangeline
**Cc:** Gary Woodward
**Subject:** Re: Kitchen on K

100%

Alan D Cohen
Sent from iPad


On Jun 6, 2011, at 11:31 AM, "Taylor, Evangeline" wrote:

> Once again do I fund 100% of draw $323,502.61 or 90% of draw
> $291,502.61?
>
> Evangeline Yvonne Taylor
> Director | Asset Management
> TIAA-CREF | Financial Services for the Greater Good
> 8500 Andrew Carnegie Blvd | 3rd Fl North
> Charlotte, NC  28262
> T: (704) 988-1917
> F: (704) 988-4917
> M: (704) 576-4485
> ytaylor@tiaa-cref.org
>
>
> -----Original Message-----
> From: Alan Cohen [mailto:acohen@cohencompanies.com]
> Sent: Monday, June 06, 2011 11:26 AM
> To: Taylor, Evangeline
> Cc: Gary Woodward
> Subject: Re: Kitchen on K
>
> As before we have already funded over our 10%.
> Thanks.
>
> Alan D Cohen
> Sent from iPad
>
>
> On Jun 6, 2011, at 11:21 AM, "Taylor, Evangeline"
>  wrote:
>
>> Hi Alan:
>>
>>   The total amount due is $323,502.61 is this 100% TIAA's portion
>> or should TIAA pay only 90% of the $323,502.61?
>>
>>   Based upon your response a transfer will go out tomorrow.
>>
>> Thanks
>>
>> Evangeline Yvonne Taylor
>> Director | Asset Management
>> TIAA-CREF | Financial Services for the Greater Good
>> 8500 Andrew Carnegie Blvd | 3rd Fl North