# EXHIBIT 44

Outlook E-mail

**From:** Angel Morales
**Sent:** 12/22/2011 3:01:06 PM
**To:** 'Chris Vonguggenberg'; 'lkumah@bozzuto.com'
**Cc:** Don V. Bryant; Jeff Silver
**Subject:** Union Place Phase I, LLC - YE Request List
**Attachments** image001.gif; image002.gif; Union Place - YE PBC List - 12.22.11 - Published.xls

Hi Chris and Lucretia,

I hope you're both doing very well and looking forward to the upcoming holidays!

I wanted to send you our year-end request list for the audit of Union Place Phase I, LLC. Please note we have included a few additional items from our review of the preliminary information provided.

Also, I wanted to make a quick introduction to our new audit manager, Don Bryant. He will oversee the audit this year. Don's contact information is as follows:

**Don V. Bryant, CPA**
Direct: (404) 835-1843
don.bryant@aghllc.com

I will be out of the office starting tomorrow through January 6, so please copy Don on all communications going forward.

Thank you,

**Angel Morales, CPA**
AGH
3500 Piedmont Road
Suite 600
Atlanta, Georgia 30305
Direct: (404) 835-1836
Main: (404) 233-5486
Fax: (404) 237-8325
angel.morales@aghllc.com
Visit our web site at www.aghllc.com

Atlanta's Best Places to Work
2008
2009
2010

DEPOSITION
EXHIBIT
D-47
5-3-13

| | A | B |
|---|---|---|
| 1 | Union Place Phase I, LLC | |
| 2 | | |
| 3 | 12/31/11 | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | Miscellaneous Documentation | |
| 8 | [illegible] | Trial balance as of December 31, 2011 (in excel format) |
| 9 | [illegible] | Balance sheet and income statement as of December 31, 2011 |
| 10 | 3 | ~~Board of directors meeting minutes from 10/31 through December 31, 2011 (if applicable)~~ |
| 11 | 4 | ~~Copy of any amendments to the operating agreement and management agreement (if applicable)~~ |
| 12 | 5 | ~~Any changes in internal controls from 12/31/2010 for both, Cohen and Bozzuto.~~ |
| 13 | 6 | List of attorneys who provided legal representation to the Company/Property during 2011. |
| 14 | ~~7~~ | ~~List of all related parties to the Company~~ |
| 15 | Cash | |
| 16 | 8 | Copies of the bank reconciliations for all bank accounts (i.e. Cohen's and Bozzuto's) as of December 31, 2011. |
| 17 | 9 | Copies of the bank statements for all bank accounts (i.e. Cohen's and Bozzuto's) as of December 31, 2011. |
| 18 | 10 | Copies of the January and February 2012 bank statements (i.e. Cohen's and Bozzuto's) |
| 19 | Fixed Assets | |
| 20 | 11 | Copy of GL for all fixed asset accounts from 9/30/11 through December 31, 2011 |
| 21 | 12 | Depreciation expense report as of December 31, 2011 |
| 22 | 13 | Additional requests for copies of invoices and payments of CIP/Fixed Asset additions (TBD) |
| 23 | Other Assets and Accounts Receivable | |
| 24 | 14 | Schedule of deferred financing costs and related amortization from 9/30/11 through December 31, 2011 |
| 25 | 15 | Copy of the A/R Aging as of December 31, 2011. |
| 26 | Accounts Payable | |
| 27 | 16 | Copy of the A/P aging detail as of December 31, 2011 and most recent aging for 2012. |
| 28 | 17 | Check register from 1/1/12 through the most recent period available for all cash accounts |
| 29 | 18 | Copies of the cancelled checks of subsequent disbursements selected |
| 30 | Long-term Debt | |
| 31 | ~~19~~ | ~~Signed loan confirmation request~~ |
| 32 | 20 | New or amended loan agreements |
| 33 | Equity | |
| 34 | 21 | G/L detail and supporting documents (i.e. copies of bank statements, wire transfer confirmations) for all equity transactions from 9/30/11 through December 31, 2011. |
| 35 | Income Statement | |
| 36 | 22 | Rent roll as of December 31, 2011. |
| 37 | 23 | GL detail for legal fees through December 31, 2011 |
| 38 | 24 | GL detail for repairs and maintenance expenses through December 31, 2011 |
| 39 | ~~25~~ | ~~Please provide all 2011 RET bills, if available~~ |
| 40 | ~~26~~ | ~~Please provide copies of the Property Insurance invoices for 2011.~~ |
| 41 | 26 | Please provide Bozzuto's year-end payroll summary report |

| | C | D | E |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | Date Requested | Date Received | Comments |
| 7 | | | |
| 8 | 12/22/2011 | | |
| 9 | 12/22/2011 | | |
| 10 | ~~12/22/2011~~ | ~~N/A~~ | |
| 11 | ~~12/22/2011~~ | ~~N/A~~ | |
| 12 | ~~12/22/2011~~ | ~~N/A~~ | |
| 13 | 12/22/2011 | | If there were any in addition to the list provided as of 9/30/11. |
| 14 | ~~12/22/2011~~ | ~~N/A~~ | ~~ADG Builders; PMAS, LLC, RGMC, TIAA, Cohen Companies~~ |
| 15 | | | |
| 16 | 12/22/2011 | | |
| 17 | 12/22/2011 | | |
| 18 | 12/22/2011 | | |
| 19 | | | |
| 20 | 12/22/2011 | | |
| 21 | 12/22/2011 | | |
| 22 | TBD | | |
| 23 | | | |
| 24 | 12/22/2011 | | |
| 25 | 12/22/2011 | | |
| 26 | | | |
| 27 | | | |
| 28 | 12/22/2011 | | |
| 29 | TBD | | |
| 30 | | | |
| 31 | ~~12/22/2011~~ | ~~12/22/2011~~ | ~~Rec'd at interim~~ |
| 32 | 12/22/2011 | | Please provide copy of the first extension option of the loan filed during 2011. |
| 33 | | | |
| 34 | 12/22/2011 | | |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | | | |
| 39 | ~~12/22/2011~~ | ~~12/22/2011~~ | ~~Rec'd at interim~~ |
| 40 | ~~12/22/2011~~ | ~~12/22/2011~~ | ~~Rec'd at interim~~ |
| 41 | | | |

CONFIDENTIAL

| | A |
|---|---|
| 1 | Union Place Phase I, LLC |
| 2 | Audit Information Request List - Additional Items Requested After Start of Audit |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | 1 |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | 2 |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | 3 |
| 18 | |
| 19 | 4 |
| 20 | |
| 21 | 5 |
| 22 | |
| 23 | 6 |

| | B | C | D | E |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | Document | Date requested | Date rec'd | Comments |
| 6 | | | | |
| 7 | Please provide contact information for the following attorneys (Bozzuto): | | | |
| 8 | SEYFARTH SHAW LLP | 11/4/2011 | | |
| 9 | GALLAGHER EVELIUS & JONES LLP | 11/4/2011 | | |
| 10 | KING & NORDLINGER, LLP | 11/4/2011 | | |
| 11 | | | | |
| 12 | Please provide the original lease agreements to support the following commencement dates (Bozzuto): | | | |
| 13 | Unit 208: 10/16/2010 | 12/22/2011 | | |
| 14 | Unit 218: 8/16/2010 | 12/22/2011 | | |
| 15 | Unit 101: 8/29/2010 | 12/22/2011 | | |
| 16 | | | | |
| 17 | We noted interest expense being recorded on Bozzuto's GL. Is Bozzuto making the mortgage payments during 2011? Please comment on this change | 12/22/2011 | | |
| 18 | | | | |
| 19 | In reviewing capital activity through 9/30/11, we noted contributions made only by TIAA. Were these capital calls the sole responsibility of TIAA? We would expect to see a 10% contribution from Cohen. Please comment. | 12/22/2011 | | |
| 20 | | | | |
| 21 | We noted RET expenses for Phase II continue to be funded by Phase I. Can you comment on the recoverability of these amounts from Phase II (i.e. are there plans to refund these amounts to Phase I in the near future? Should Phase I begin charging interest on the amounts due from Phase II?) | 12/22/2011 | | |
| 22 | | | | |
| 23 | Upon the expiration of the second extension option of the oan (5/23/2013), are there any plans to refinance the loan or to mortgage the property? | 12/22/2011 | | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Union Place Phase I, LLC | | | | | |
| 2 | Audit Information Request List - Additions to CIP/FA | | | | | |
| 3 | Audit for year ended December 31, 2011 | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | Please provide copies of the invoices/calculation for the following CIP additions: | | | | | |
| 9 | | | | | | |
| 10 | Item # | Date | Ref | Description/Name | Amount | Date requested |

CONFIDENTIAL

| | G | H |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | Date rec'd | Comments |

CONFIDENTIAL TIAA055446

| | A |
|---|---|
| 1 | Union Place Phase I, LLC |
| 2 | Audit Information Request List - Capital Contributions/Distributions Selection |
| 3 | Audit for year ended December 31, 2011 |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | Please provide support (i.e. copies of the wire transfers, checks) for the payment/receipt of the following distributions/contributions: |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Union Place Phase I, LLC | | | | |
| 2 | Audit Information Request List - Search for Unrecorded Liabilities Selection | | | | |
| 3 | Audit for year ended December 31, 2011 | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | Please provide the invoices for the following disbursements: | | | | |