# EXHIBIT 45

## Angel Morales

| | |
|---|---|
| From: | Alex Diaz <Alex@cohencompanies.com> |
| Sent: | Tuesday, January 10, 2012 3:49 PM |
| To: | Angel Morales |
| Subject: | RE: Union Place Phase I LLC |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Record the 10% portion of the capital contribution to A/R from Cohen.

Alex Diaz
The Cohen Companies
Chief Financial Officer
2701 Tower Oaks Blvd, Suite 200
Rockville, MD 20852
301-692-1900
301-692-1901 Fax
Adiaz@cohencompanies.com

In reviewing capital activity through 9/30/11, we noted contributions made only by TIAA. Were these capital calls the sole responsibility of TIAA? We would expect to see a 10% contribution from Cohen. Please comment.


DEPOSITION EXHIBIT
D-45
5.3.13