# EXHIBIT 46

Outlook E-mail

From: Chris Vonguggenberg
Sent: 1/23/2012 4:49:49 PM
To: Angel Morales
Subject: responses

12 - Cohen - Please provide supporting documentation for the equity contribution requests to TIAA (i.e. correspondence and back-up).

The bank statements reflect the wires were from teachers.

13 - Cohen - Please provide any written communication between TIAA and the management company whereby TIAA is agreeing to allocate 10% of its contribution to the managing company.

I don't believe any such documentation exists. The Cohen contribution should be reflected as a receivable.

14 - Cohen/Bozzuto - The entity earned a profit in 2011, please provide an explanation as to why no distributions were made to the owners.

Cash is retained in anticipation of renewing the financing.

16 - Cohen - In 2010, Union Place Phase I incurred $22K for guards services (account 552010), we noticed that there was no expense reported for 2011. Is this expense grouped some place else?

The $22000 was to Cavalier Management - since Bozzuto took over they are making the necessary arrangements and some of their employees might be fulfilling similar roles.

21 - Cohen/Bozzuto - RET - In reviewing the RET bills, we noted the NOMA tax abatement was not reflected. The letter dated 9/10/2010 indicated the DMPED had already instructed the OTR to deduct this amount on the tax bill. Currently, the bill reflects penalty and interest fees for the underpayment of tax. Is there correspondence between Union Place and the tax authority regarding this abatement? If so, please provide a copy of such communication or any other support regarding the tax abatement.

The amount owed was paid, DC needs to rectify its records, will see if I can locate anything on this.



DEPOSITION
EXHIBIT
D 5 1
5-3-13

CONFIDENTIAL					TIAA055433