# EXHIBIT 48

1

1            UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF COLUMBIA

3    ------------------------------------X
     K STREET DEVELOPERS, LLC AND
4    UNION NORTH PHASE I, LLC,

5                      Plaintiffs,

6          vs.                  Civil Action No.:
                                1:12-cv-00666-RLW
7
     TEACHERS INSURANCE AND ANNUITY
8    ASSOCIATION OF AMERICA, et al.,

9                      Defendants.
     ------------------------------------X
10

11           DATE:  Thursday, May 16, 2013

12           TIME:  1:06 p.m.

13

14        EXAMINATION BEFORE TRIAL of ALAN C.

15   BREINDEL, taken by the Defendants, held at the

16   office of Seyfarth Shaw, LLP, 620 Eighth Avenue,

17   32nd Floor, New York, New York 10018, before Ellen

18   Gianoulakos Cruz, RMR/CSR, a Notary Public in and

19   for the State of New York.

20

21

22

23

24

25

45

A. Breindel

2   that were to be paid; and the third, fourth and

3   fifth pages are the actual property tax bills.

4        Did you scrutinize these or did anybody

5   with West Immo scrutinize these?

6        A   We reviewed them.

7        Q   Okay; and what was your understanding of

8   what these tax bills were for, which property?

9        A   Phase I.

10       Q   Did you -- so let me say it another way;

11  did you have any understanding that any of these

12  taxes submitted as part of the exhibit identified

13  as 135 were for the Phase II property?

14       A   No.

15       Q   Moving on.

16          MR. COOTER:  Separate that from the pile,

17       if you would.

18          MR. PARROTT:  Sure.  It is a pretty small

19       pile.  Do you want to use it for your

20       questioning later?

21          MR. COOTER:  Yes.  I will give it back to

22       you.

23          MR. PARROTT:  That's fine.

24          MS. WOODS:  For the sake of the record,

25       I'm going to go ahead and mark as Exhibit 136

1              A. Breindel

2       so that's what it is.

3            (Whereupon, a six-page document containing

4       an e-mail and attachments was marked as

5       Defendants' Exhibit 137 for identification.)

6       Q   All right, Exhibit 137, sir, is an e-mail

7    from Alex Diaz to you and Emanuela Tabbi.  It is

8    dated September 17, 2010.  It states:  Enclosed you

9    will find a draw for real estate taxes.  The rest

10   is not relevant.

11           Attached is a disbursements detail to the

12   DC treasurer.  Also attached is an executive

13   summary and then two real estate tax bills; you or

14   Emanuela authorized for payment these real estate

15   tax bills, correct?

16      A   Yes.

17      Q   And what was West Immo's understanding of

18   what these were for, Phase I or another property?

19      A   Phase I.

20      Q   Do you remember when construction stopped?

21      A   I don't.

22      Q   If I told you that the certificate of

23   occupancy was issued in May of 2010, does that ring

24   a bell?

25      A   No.

1                    A. Breindel

2        2011.  It states:  Alan, enclosed you will find

3        the final hard and soft cost requisition for

4        Union Place.  Please note that the real estate

5        taxes are due on or before April 25, 2011.

6                    Attached to this e-mail is an executive

7        summary, a disbursements detail showing entries

8        for DC treasurer, and further, certain real

9        estate tax bills.

10            (Whereupon, a five-page document

11        containing an e-mail with attachments was

12        marked as Defendants' Exhibit 138 for

13        identification.)

14        Q    What was your understanding of which

15    property these real estate tax bills were for?

16        A    Phase I.

17        Q    And with respect to that understanding, did

18    you pay this draw on the understanding that these

19    real estate taxes were for Phase I only?

20        A    Yes.

21        Q    And is the same applicable to the prior two

22    draws we just talked about?

23        A    Is what applicable?

24        Q    Was your understanding when you -- for the

25    prior two draws that we talked about in those

Q   On March 9, 2012, you were sent a letter

from Seyfarth Shaw on behalf of Teachers notifying

of you Teachers' decision to remove the Cohens as

operating member.  I marked this as Exhibit 143.

        (Whereupon, a letter dated March 9, 2012

    from Seyfarth Shaw to Mr. Breindel was marked

    as Defendants' Exhibit 143 for identification.)

Q   You will see in the letter, it says:  By

letter dated February 15, 2012, we informed you

that TIAA Union Place Phase I was exercising its

63

```
 1              A. Breindel

 2    rights pursuant to the provisions of Section 4.4 of

 3    borrower's operating agreement to cause a change in

 4    management.

 5        It goes on to say that at the request of

 6    Ronald Cohen on behalf of Union North Phase I, the

 7    actual removal was postponed and our client met

 8    with Ronald and Alan Cohen and their counsel on

 9    February 29, 2012, in order to discuss the removal

10    events giving rise to TIAA'S removal action.

11        TIAA thereafter afforded the Cohen member

12    an opportunity to explain or cure certain defaults.

13    (Other defaults required no notice or cure).

14        Nevertheless, the removal events identified

15    by TIAA have not been cured or resolved, and today

16    TIAA effectuated the removal of the Cohen member

17    and substitution of TIAA as operating member of

18    borrower.

19        The end of the letter invites you to

20    discuss the loan extension.

21        Did you have any communications with

22    Teachers on or after March 9, 2012, about their

23    bases for removing the Cohens as a member?

24    A    I don't recall the dates and the timing.

25    Q    Did you ever have a discussion other than
```

64

1                     A. Breindel

2   what we have already talked about with Evangeline

3   Taylor and the Phase II property taxes about the

4   removal of the Cohens with Teachers?

5       A   It may have been discussed on more than one

6   occasion, but only with respect to that real estate

7   tax issue.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

115

1                         I N D E X

2

3     STATE OF NEW YORK)
            :ss
4     COUNTY OF NEW YORK)

5

6          I, ELLEN GIANOULAKOS CRUZ, a Certified

7     Shorthand Reporter and Notary Public, within and

8     for the State of New York, do hereby certify:

9     That Alan C. Breindel, the witness whose deposition

10    is hereinbefore set forth, was duly sworn by me and

11    that such deposition is a true record of the

12    testimony given by such witness.

13         I further certify that I am not related to

14    any of the parties to this action by blood or

15    marriage and that I am in no way interested in the

16    outcome of this matter.

17         IN WITNESS WHEREOF, I have hereunto set my

18    hand this 23rd day of May, 2013.

19

20

21         _____

22         ELLEN GIANOULAKOS CRUZ, COURT REPORTER

23

24    My Commission Expires:  February 4, 2012

25

117

1    CAPITAL REPORTING COMPANY
     708 Third Avenue
2    5th Floor
     New York, NY 10017
3    (212)337-3376

4              E R R A T A   S H E E T

5    Case Name:   K Street Developers v TIAA of America

6    Dep Date:   May 16, 2013

7    Deponent:   Alan C. Breindel

8    Page/Line Now reads   Should Read   Reason

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24    _____        _____
25    Date                   Signature

118

1    A C K N O W L E D G E M E N T   O F   D E P O N E N T

2

3    STATE OF NEW YORK  )
               :ss
4    COUNTY OF NEW YORK )

5

6        I, Alan C. Breindel, hereby certify that I

7    have read the transcript of my testimony taken

8    under oath in my deposition of May 16, 2013; that

9    the transcript is a true, complete and correct

10   record of what was asked, answered and said during

11   this deposition, and that the answers on the record

12   as given by me are true and correct.

13

14

15                     _____

16                     ALAN C. BREINDEL

17

18   SUBSCRIBED AND SWORN BEFORE ME

19   THIS_____DAY OF_____, 2013.

20

21   _____

22   Notary Public

23

24   My Commission Expires:_____

25