# EXHIBIT 49

# SEYFARTH SHAW LLP
ATTORNEYS

875 F Street, N.W.
Washington, D.C. 20004-1454
(202) 463-2400
fax (202) 828-5393
www.seyfarth.com

Writer's direct phone
(202) 828-5320
Writer's e-mail
rgart@seyfarth.com

March 27, 2012

**VIA FEDERAL EXPRESS and ELECTRONIC MAIL**

Union North Phase I, LLC
2701 Tower Oaks Boulevard, Suite 200
Rockville, Maryland 20852
Attn: Ronald Cohen

Mr. Ronald Cohen
2701 Tower Oaks Boulevard, Suite 200
Rockville, Maryland 20852

Re: The Loree Grand at Union Place located at 250 K Street, N.E., Washington, D.C. (the "Property")

Dear Mr. Cohen:

We are writing to you as legal counsel for TIAA Union Place Phase I, LLC ("TIAA"), the Operating Member, acting on behalf of Union Place Phase I, LLC ("Company"). This is to inform you that Company is unable to satisfy the conditions precedent to extending the term of the loan from Westdeutsche ImmobilienBank AG ("Lender") to Company, and therefore, will not seek to extend the loan term.

Because of the actions of Union North Phase I, LLC ("Union North") and Ronald Cohen ("Cohen" and, collectively with Union North, the "Cohen Parties"), and, specifically, the manner in which the Cohen Parties handled and/or permitted Ronald Cohen Management Company ("RCMC") to handle Company funds, including without limitation, the use of proceeds of the loan to pay real estate taxes totaling $457,092 on 200 K Street, N.E., and the other practices detailed in our letter of February 22, 2012, Company cannot make the required representations and warranties pursuant to Section 4.3 of that certain Loan Agreement between Company and Lender dated May 23, 2008. Additionally, the resulting shortfall in funds available to Company and increased loan balance caused by these same practices adversely impacted the calculation of the Hurdle DSCR. Furthermore, Lender advised TIAA that Lender did not authorize the use of loan proceeds to pay the real estate taxes on 200 K Street, N.E.

BRUSSELS WASHINGTON, D.C. SAN FRANCISCO SACRAMENTO NEW YORK LOS ANGELES HOUSTON CHICAGO BOSTON ATLANTA

14272541v.2



Mr. Ronald Cohen
March 27, 2012
Page 2

In light of the actions of the Cohen Parties, TIAA must seek alternative financing and/or require additional contributions of capital to Company by the members to address the financing needs of Company.

Sincerely,

SEYFARTH SHAW LLP

Ronald S. Gart

Cc: Ronald Cohen Management Company
2701 Tower Oaks Boulevard, Suite 200
Rockville, Maryland 20852
Attn: Michael Hollander, Esquire

Kimberly Owens, Esq.
Scott Anderson
Evangeline Taylor
Carranza Pryor, Esq.

14272541v.2

KST 008842

TIAA UNION PLACE PHASE I, LLC
CAPITAL CALL NOTICE

April 11, 2012

**VIA FEDERAL EXPRESS
AND EMAIL**

Union North Phase I, LLC
c/o Ronald Cohen Management Company
1701 Rockville Pike – Suite B-20
Rockville, Maryland 20852
Attn: Ronald Cohen
Rjcohen@cohencompanies.com

Dear Mr. Cohen:

Reference is hereby made to that certain Limited Liability Company Agreement of Union Place Phase I, LLC (the "Company") dated as of January 31, 2007 (the "LLC Agreement") by and between Union North Phase I, LLC, a District of Columbia limited liability company (the "Union North") and TIAA Union Place Phase I, LLC ("TIAA"). Capitalized terms used but not defined in this notice have the meanings assigned to them in the LLC Agreement.

As you were previously advised, TIAA determined that the Company did not satisfy the conditions to extend the loan from Westdeutsche ImmobilienBank AG pursuant to that certain Loan Agreement dated May 23, 2008 (the "Loan"). In accordance with Section 4.1(b) of the Agreement, TIAA has elected to repay the Loan with capital contributions by the members of the Company.

Notice is hereby given pursuant to Section 6.2 of the LLC Agreement that TIAA is hereby making a call for Additional Capital Contributions (the "Capital Call") which shall be applied against the obligations of the Company under the Loan as set forth in the attached pay-off letter. The aggregate amount of this Capital Call is $52,632,323.92. The table attached hereto as Exhibit A shows each Member's pro rata share of such Capital Call based on the Capital Sharing Ratios set forth in the LLC Agreement.

Please be advised that, pursuant to Section 6.3(a) of the LLC Agreement, your respective share of this Capital Call must be paid in full within seven (7) Business Days after the date of this notice. Please pay the amount due pursuant to this Capital Call by wire transfer of funds pursuant to the instructions attached hereto as Exhibit B.

Very truly yours,

TIAA Union Place Phase I, LLC

By: *Evangeline Y. Taylor* (signature)
Name: Evangeline Y. Taylor
Title:   Assistant Secretary

14359931v.1

CONFIDENTIAL                                                                                   TIAA042776

Cc: Union North Phase I, LLC
c/o Ronald Cohen Management Company
1701 Rockville Pike – Suite B-20
Rockville, Maryland 20852
Attn: Michael Hollander, Esq.
mhollander@cohencompanies.com

Ron Gart, Esq. (via email)

CONFIDENTIAL                                                          TIAA042777

## EXHIBIT A

| Member | Capital Sharing Ratio | Current Capital Call |
|---|---|---|
| Operating Member | 10% | $5,263,232.39 |
| Investor Member | 90% | $47,369,091.53 |
| | | TOTAL $52,632,323.92 |

14359931v.1

CONFIDENTIAL

TIAA042778

## EXHIBIT B

## WIRE INSTRUCTIONS

| | |
|---|---|
| Bank: | EagleBank<br>110 North Washington Street<br>Rockville, MD 20850 |
| Account Name: | Bozzuto Management A/A/F<br>Union Place Phase I LLC<br>Loree Grand - Operating |
| Account # | 0200107530 |
| ABA Routing #: | 055003298 |
| Bank Contact | Jason Hamel<br>Branch Manager<br>Cell: 240-507-4741<br>Office: 301-738-9600<br>Fax: 301-738-1210<br>jhamel@eaglebankcorp.com<br>www.eaglebankcorp.com |

4

14359931v.1

CONFIDENTIAL

## TIAA UNION PLACE PHASE I, LLC
## CAPITAL CALL
## NOTICE RESCISSION

April 24, 2012

**VIA FEDERAL EXPRESS**
**AND EMAIL**

Union North Phase I, LLC
c/o Ronald Cohen Management Company
1701 Rockville Pike – Suite B-20
Rockville, Maryland 20852
Attn: Ronald Cohen
Rjcohen@cohencompanies.com

Dear Mr. Cohen:

Reference is hereby made to that certain Limited Liability Company Agreement of Union Place Phase I, LLC (the "Company") dated as of January 31, 2007 (the "LLC Agreement") by and between Union North Phase I, LLC, a District of Columbia limited liability company (the "Union North") and TIAA Union Place Phase I, LLC ("TIAA"). Capitalized terms used but not defined in this notice have the meanings assigned to them in the LLC Agreement.

Pursuant to that certain Capital Call Notice dated as of April 11, 2012 (the "April 11th Capital Call"), you were notified that, in accordance with Section 4.1(b) of the Agreement, TIAA has elected to repay that certain loan from Westdeutsche ImmobilienBank AG pursuant to that certain Loan Agreement dated May 23, 2008 (the "Loan") with capital contributions by the members of the Company.

As you may be aware, the Loan does not mature until May 23, 2012 (the "Maturity Date"). In accordance with Section 4.1(b) of the Agreement, TIAA has elected to postpone repayment of the Loan until the Maturity Date. Accordingly, **the April 11th Capital Call is hereby rescinded**.

You are hereby notified that TIAA still intends to repay the Loan with capital contributions by the members of the Company. In that regard, please be aware that TIAA intends to make a call for Additional Capital Contributions in early May in order to have sufficient funds on hand to repay the Loan by the Maturity Date.

Very truly yours,

TIAA Union Place Phase I, LLC

By: *[signature]*
Name: Evangeline Y. Taylor
Title: Assistant Secretary

14394324v.1

KST 011196

Cc:  Union North Phase I, LLC
    c/o Ronald Cohen Management Company
    1701 Rockville Pike – Suite B-20
    Rockville, Maryland 20852
    Attn: Michael Hollander, Esq.
    mhollander@cohencompanies.com

    Ronald S. Gart, Esq. (via email)

2

14394324v.1

KST 011197