# EXHIBIT 50

**TIAA UNION PLACE PHASE I, LLC**
**CAPITAL CALL NOTICE**

May 10, 2012

<u>VIA FEDERAL EXPRESS</u>
<u>AND EMAIL</u>

Union North Phase I, LLC
c/o Ronald Cohen Management Company
1701 Rockville Pike – Suite B-20
Rockville, Maryland 20852
Attn: Ronald Cohen
Rjcohen@cohencompanies.com

Dear Mr. Cohen:

Reference is hereby made to that certain Limited Liability Company Agreement of Union Place Phase I, LLC (the "Company") dated as of January 31, 2007 (the "LLC Agreement") by and between Union North Phase I, LLC, a District of Columbia limited liability company (the "Union North") and TIAA Union Place Phase I, LLC ("TIAA"). Capitalized terms used but not defined in this notice have the meanings assigned to them in the LLC Agreement.

As you were previously advised pursuant to (i) that certain Capital Call Notice dated as of April 11, 2012 and (ii) that certain Capital Call Notice Recession dated April 24, 2012, TIAA has elected to repay that certain loan from Westdeutsche ImmobilienBank AG pursuant to that certain Loan Agreement dated May 23, 2008 (the "Loan") with capital contributions by the members of the Company.

Notice is hereby given pursuant to Section 6.2 of the LLC Agreement that TIAA is hereby making a call for Additional Capital Contributions (the "Capital Call") which shall be applied against the obligations of the Company under the Loan as set forth in the attached pay-off letter. The aggregate amount of this Capital Call is $52,632,323.92. The table attached hereto as Exhibit A shows each Member's pro rata share of such Capital Call based on the Capital Sharing Ratios set forth in the LLC Agreement.

Please be advised that, pursuant to Section 6.3(a) of the LLC Agreement, your respective share of this Capital Call must be paid in full within seven (7) Business Days after the date of this notice. Please pay the amount due pursuant to this Capital Call by wire transfer of funds pursuant to the instructions attached hereto as Exhibit B.

Very truly yours,

TIAA Union Place Phase I, LLC

By: *[signature]*

Name: Evangeline Y. Taylor
Title: Assistant Secretary

14394439v.1

KST 011235

Cc:   Union North Phase I, LLC
      c/o Ronald Cohen Management Company
      1701 Rockville Pike – Suite B-20
      Rockville, Maryland  20852
      Attn: Michael Hollander, Esq.
      mhollander@cohencompanies.com

      Ron Gart, Esq. (via email)

14394439v.1

2

KST 011236

## EXHIBIT A

| Member | Capital Sharing Ratio | Current Capital Call |
|---|---|---|
| Operating Member | 10% | $5,263,232.39 |
| Investor Member | 90% | $47,369,091.53 |
| | | TOTAL $52,632,323.92 |

14394439v.1

KST 011237

## EXHIBIT B

## WIRE INSTRUCTIONS

| | |
|---|---|
| Bank: | EagleBank<br>110 North Washington Street<br>Rockville, MD 20850 |
| Account Name: | Bozzuto Management A/A/F<br>Union Place Phase I LLC<br>Loree Grand - Operating |
| Account # | 0200107530 |
| ABA Routing #: | 055003298 |
| Bank Contact | Jason Hamel<br>Branch Manager<br>Cell: 240-507-4741<br>Office: 301-738-9600<br>Fax: 301-738-1210<br>jhamel@eaglebankcorp.com<br>www.eaglebankcorp.com |

4

14394439v.1

KST 011238

Outlook E-mail

**From:** Taylor, Evangeline
**nt:** 5/23/2012 11:09:47 AM
**ᴏ:** Patricia Castle; Joel Regignano; Lucretia Kumah; alan.breindel@westimmo.com
**Cc:** Kevin Waters; Kisha Carson
**Subject:** RE: Union Place/ Preliminary Pay-Off Letter

Good Morning:

I have received confirmation from West Immo that the funds have been received.

Thanks

Evangeline Yvonne Taylor
Director | Asset Management
**TIAA-CREF | Financial Services for the Greater Good**

8500 Andrew Carnegie Blvd | 3rd Fl North
Charlotte, NC  28262
T: (704) 988-1917
F: (704) 988-4917
M: (704) 576-4485
ytaylor@tiaa-cref.org

**From:** Patricia Castle [mailto:pcastle@bozzuto.com]
**Sent:** Wednesday, May 23, 2012 9:06 AM
**To:** Taylor, Evangeline; Joel Regignano; Lucretia Kumah; alan.breindel@westimmo.com
**Cc:** Kevin Waters; Kisha Carson
**Subject:** FW: Union Place/ Preliminary Pay-Off Letter

ɢood Morning,

The funds have been transferred this morning. Attached is the confirmation. I also spoke with the bank & they confirmed the transfer has been completed.

Thank you,

**Patricia Castle**
Accounting Manager | Bozzuto Management Company
Founded on Values. Built on Integrity.
7850 Walker Drive, Suite 400 | Greenbelt, MD  20770
301.446.2231 Phone | 877.597.9391 Fax | www.bozzuto.com

-----Original Message-----
From: Taylor, Evangeline [mailto:ytaylor@tiaa-cref.org]
Sent: Sunday, May 20, 2012 11:53 AM
To: Lucretia Kumah; Joel Regignano
Cc: alan.breindel@westimmo.com
Subject: FW: Union Place/ Preliminary Pay-Off Letter

Hi Joel and Lucretia:

On Monday May 21, 2012 a wire as referenced below will go into Loree Grand's operating account at Eagle Bank.

I ask that on Wednesday, May 23, 2012 that same amount be funded to J.P. Morgan Chase pursuant to the account information referenced on the letter from Westimmo dated April 2, 2012.

CONFIDENTIAL

TIAA055365