# EXHIBIT 51

1

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


K STREET DEVELOPERS, LLC,        :    Civil Action No. 12-666
et al.                           :
              Plaintiff          :
                                 :
v.                               :    Washington, D.C.
                                 :    September 17, 2012
TEACHERS INSURANCE AND ANNUITY   :
ASSOCIATION OF AMERICA,          :
et al.,                          :
              Defendants         :    11:06 a.m.
. . . . . . . . . . . . . . . .  :    . . . . . . . . . . . .


                    TRANSCRIPT OF MOTIONS HEARING
              BEFORE THE HONORABLE ROBERT L. WILKINS
                    UNITED STATES DISTRICT JUDGE

  APPEARANCES:

  For the Plaintiffs:            DALE A. COOTER
                                 KAREN KARAS
                                 COOTER, MANGOLD, DECKELBAUM &
                                 KARAS, LLP
                                 5301 Wisconsin Avenue, NW
                                 Suite 500
                                 Washington, DC 20015
                                 (202) 537-0700

  For the Defendants:            REBECCA WOODS
                                 SEYFARTH SHAW LLP
                                 975 F Street, NW
                                 Washington, DC 20004
                                 (202) 463-2400

  Court Reporter:                REBECCA STONESTREET, RPR, CRR
                                 Official Court Reporter
                                 Room 6511, U.S. Courthouse
                                 Washington, D.C.  20001
                                 (202) 354-3249


 Proceedings reported by machine shorthand, transcript produced
 by computer-aided transcription.
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21      Now, with respect to the governing law, the LLC
22 agreement provides at Section 12.2 that the governing law as far
23 as construing the agreement and the obligations of the members
24 of the LLC, that it would be construed and enforced in
25 accordance with the law of Delaware.  And in their brief the

1  defendants note that there's no apparent conflict of law between
2  the District of Columbia - the location of the property - and
3  Delaware - whose law applies to the LLC agreement - and that the
4  Court need not engage in a choice of law analysis for the joint
5  venture claims.  And that because there is little law in joint
6  ventures generally, and because most jurisdictions' law relating
7  to joint ventures is the same, other states' laws other than the
8  District of Columbia provide persuasive authority.
9  That was stated in the opening brief.  The plaintiffs
10 did not contest that assertion, and so the Court will analyze
11 these claims under District of Columbia law.  But also, because
12 Delaware law is highly authoritative on matters of partnership,
13 joint ventures, business relations, corporations in general, the
14 Delaware law cases have also been consulted and should be given
15 due weight, and the claims implicating the LLC agreement should
16 be analyzed under Delaware law.

1      **CERTIFICATE OF OFFICIAL COURT REPORTER**

2

3      I, Rebecca Stonestreet, certify that the foregoing is a

4   correct transcript from the record of proceedings in the

5   above-entitled matter.

6

7

8

9   _____            _____

10  **SIGNATURE OF COURT REPORTER**                    **DATE**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25